1
2
3
4
5

Christopher R. Pitoun (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
christopherp@hbsslaw.com

6
7
8
9
10

Steve W. Berman (*pro hac vice* to be filed)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

11
12
13

*Attorneys for Plaintiffs*
[Additional counsel listed on signature page]

14

UNITED STATES DISTRICT COURT

15

CENTRAL DISTRICT OF CALIFORNIA

16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| LESLIE FLAHERTY, ROBERT FOCKLER, DONALD HOUSE, DAVE LOOMIS, ARRON MILLER, TRACI MOORE, MARK RICE, and JAMES SMITH, individually, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC.,<br><br>                              Defendants. | No. 8:18-cv-02223<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF RELATED CASE PURSUANT TO LOCAL RULE 83-1.3<br><br>**JURY TRIAL DEMANDED** |

010789-11 1085819 V1

1    TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO

2    DEFENDANTS AND THEIR COUNSEL OF RECORD:

3    PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.3, Plaintiffs,

4    individually and on behalf of all others similarly situated, hereby give notice of a

5    related action pending in the Central District of California. The action is entitled *In re:*

6    *Kia Engine Litigation*, Case No.: 8:17-cv-00838-JLS-JDE, pending before the

7    Honorable Josephine L. Staton.

8    This action and *In re: Kia Engine Litigation*, arise from the same or closely

9    related transactions, happenings, or events and call for determination of similar

10   questions of law and facts. In each complaint, the plaintiffs allege they suffered

11   injuries as a result of Kia's concealment of a dangerous defect in their vehicles'

12   gasoline direct injection ("GDI") engines, making the vehicles prone to catastrophic

13   engine failure and spontaneous fire. The cases allege some, but not all, of the same

14   vehicle models contain this defect, and the above-captioned case includes Hyundai as

15   a defendant, while *In re: Kia Engine Litigation* does not. In each of the actions, the

16   plaintiffs seek damages for violations of (i) the California Consumer Legal Remedies

17   Act (Cal. Civ. Code § 1750, *et seq.*); (ii) California Unfair Competition Laws (Cal.

18   Bus. & Prof. Code § 17200); (iii) California False Advertising Law (Cal. Bus. & Prof.

19   Code §§ 17500, *et seq.*); and (iv) the Song-Beverly Act (Cal. Civ. Code §§ 1792,

20   1791.1, *et seq.*).

21   Specifically, both actions arise from the same or closely related transactions,

22   happenings, or events because in each case Kia is alleged to have concealed the same

23   or similar defect in the GDI engines of certain vehicles. Moreover, both actions call

24   for the determination of the same or substantially related or similar questions of law

25   and fact. The plaintiffs in each matter bring some of the same claims against Kia,

26   including violations of the CLRA, the UCL, California False Advertising Law, and the

27   Song-Beverly Act arising from Kia's omissions and concealment of the GDI engine

28

- 1 -

1    defect. For these reasons, it would be substantial duplication of labor if the two cases

2    were heard by different judges.

3         Accordingly, *Flaherty, et al. v. Hyundai Motor Co., et al.* qualifies for related-

4    case transfer to the Honorable Josephine L. Staton.

5

6    Dated:  December 14, 2018          Respectfully submitted by,

7                                       HAGENS BERMAN SOBOL SHAPIRO LLP

8

9                                       By:   */s/ Christopher R. Pitoun*
                                             Christopher R. Pitoun

10                                      301 N. Lake Ave., Suite 920

11                                      Pasadena, CA 91101
                                        Tel.: (213) 330-7150

12                                      Fax: (213) 330-7152
                                        Email: christopherp@hbsslaw.com

13

14                                      Steve W. Berman (*pro hac vice* to be filed)
                                        HAGENS BERMAN SOBOL

15                                      SHAPIRO LLP

16                                      1301 Second Avenue, Suite 2000

17                                      Seattle, WA 98101
                                        Tel.: (206) 623.7292

18                                      Fax: (206)623.0594
                                        Email: steve@hbsslaw.com

19

20                                      Robert Hilliard (*pro hac vice* to be filed)

21                                      HILLIARD MUÑOZ GONZALES L.L.P.
                                        719 S Shoreline Blvd, Suite #500

22                                      Corpus Christi, TX 78401

23                                      Tel.:  (361) 882-1612
                                        Fax:  (361) 882-3015

24                                      Email: bobh@hmglawfirm.com

25

26

27

28

- 2 -

010789-11 1085819 V1

**CERTIFICATE OF SERVICE**

I, the undersigned, declare:

     1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of Los Angeles, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 301 N. Lake Ave., Suite 920, Pasadena, CA 91101.

     2.     That on December 14, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court for the Central District of California by using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

     3.     That on December 14, 2018, I served by U.S. Mail true and correct copies of the foregoing to the following parties by placing said documents in envelopes addressed as shown below:

Hyundai Motor Company
12, Heolleung-ro
Seocho-gu
Seoul, 06797
Republic of Korea

Hyundai Motor America
c/o National Registered Agents, Inc.
818 West Seventh St., Suite 930
Los Angeles, CA 90017

Kia Motors Corporation
12, Heolleung-ro
Seocho-gu
Seoul, 06797
Republic of Korea

- 3 -

010789-11 1085819 V1

1  Kia Motors America, Inc.
   c/o CT Corporation System
2
   818 West Seventh St., Suite 930
3  Los Angeles, CA 90017

4          I declare under penalty of perjury, under the laws of the United States of

5  America, that the foregoing is true and correct.

6
           Executed this 14th day of December, 2018 in Pasadena, California.
7

8                                              */s/ Christopher R. Pitoun*
                                               Christopher R. Pitoun
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 4 -