QUINN EMANUEL URQUHART & SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Kari Wohlschlegel (Bar No. 294807)
kariwohlschlegel@quinnemanuel.com
Tina Lo (Bar No. 311184)
tinalo@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants Hyundai Motor Co., Hyundai Motor America, Inc., Kia Motors Corp., and Kia Motors America, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LESLIE FLAHERTY, JAMES CARPENTER, MICA COLEMAN, DANNY DICKERSON, ROBERT FOCKLER, AMY FRANKLIN, DONALD HOUSE, DAVE LOOMIS, JOSEPH MCCALLISTER, ARRON MILLER, RICKY MONTOYA, TRACI MOORE, LYNN NORTH, MARK RICE, REID SCHMITT, and JAMES SMITH, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>       vs.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC,<br><br>                Defendants. | CASE NO. 8:18-cv-02223-JLS<br><br>**JOINT STATUS UPDATE AND STIPULATION TO SET DEADLINE TO RESPOND TO THE COMPLAINT** |

WHEREAS, Plaintiffs Leslie Flaherty, James Carpenter, Mica Coleman, Danny Dickerson, Robert Fockler, Amy Franklin, Donald House, Dave Loomis, Joseph McCallister, Arron Miller, Ricky Montoya, Traci Moore, Lynn North, Mark Rice, Reid Schmitt, and James Smith filed their complaint in this matter on December 14, 2018;

WHEREAS, on June 5, 2019, this Court stayed all deadlines pending resolution of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 (ECF No. 34);

WHEREAS, the Court's order required a status update within 14 days following the ruling by the Judicial Panel on Multidistrict Litigation ("JPML") on the motion to transfer (*Id.*);

WHEREAS, the JPML denied the motion to transfer on July 29, 2019 (ECF No. 35);

WHEREAS, the parties in the related action *In re: Hyundai and Kia Engine Litigation*, Case No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) previously reported to the Court a settlement in principle, which is also joined by counsel in this action;

WHEREAS, the parties in this action and in *In re: Hyundai and Kia Engine Litigation* have conducted confirmatory discovery relating to the proposed settlement;

WHEREAS, the parties are finalizing the full settlement agreement and anticipate presenting the proposed settlement with a motion for preliminary approval to the Court within the next 30 days;

WHEREAS, the parties share an interest in advancing this matter as efficiently and expeditiously as possible and are mindful that a settlement agreement that includes Plaintiffs in this action would obviate the need for Defendants to respond to the Complaint in its present form;

WHEREAS, the parties request that the Court reset Defendants' deadline to respond to the Complaint to November 10, 2019.

1     NOW THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as
2  follows:
3     The deadline for Defendants HMC, HMA, KMC, and KMA to respond to the
4  Complaint is November 10, 2019.
5
6     IT IS SO STIPULATED.
7  DATED:  August 9, 2019          QUINN EMANUEL URQUHART &
                                    SULLIVAN, LLP
8
9
10
                                    By      */s/ Shon Morgan*
11                                  Shon Morgan
                                    *Attorneys for Defendants Hyundai Motor*
12                                  *Co., Hyundai Motor America, Inc., Kia*
                                    *Motors Corp., and Kia Motors America,*
13                                  *Inc.*
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
|1| DATED:  August 9, 2019 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By  */s/ Steve W. Berman*
Christopher R. Pitoun
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Tel.: (213) 330-7150
Fax: (213) 330-7152
Email: christopherp@hbsslaw.com

Steve W. Berman (*pro hac vice* to be filed)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623.7292
Fax: (206)623.0594
Email: steve@hbsslaw.com

Robert Hilliard (*pro hac vice* to be filed)
HILLIARD MUÑOZ GONZALES L.L.P.
719 S Shoreline Blvd, Suite #500
Corpus Christi, TX 78401
Tel.: (361) 882-1612
Fax: (361) 882-3015
Email: bobh@hmglawfirm.com

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By  */s/ Shon Morgan*
Shon Morgan