Name and address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslie Flaherty et al., <br><br> Plaintiff(s) <br> v. <br> Hyundai Motor Company et al., <br><br> Defendant(s). | CASE NUMBER <br> 8:18-cv-02223-JLS-JDE <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Fitzpatrick, Rachel E.     of     Hagens Berman Sobol Shapiro LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     11 West Jefferson Street, Suite 1000
(602) 840-5900     (602) 840-3012     Phoenix, AZ 85003
*Telephone Number*     *Fax Number*
rachelf@hbsslaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Leslie Flaherty, Robert Fockler, Donald House, Dave Loomis, Arron Miller, Mark Rice, James Smith, Amy Franklin, Reid Schmitt, Joseph McCallister, Ricky Montoya, Danny Dickerson, James Carpenter, Mica Coleman, Lynn North, Chris Stackhouse, Stanton Vignes, Sharon Moon, Joanna Caballero, and Rodney Huff

*Name(s) of Party(ies) Represented*     [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

and designating as Local Counsel

Pitoun, Christopher R.     of     Hagens Berman Sobol Shapiro LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     301 North Lake Avenue, Suite 920
290235     (213) 330-7150     (213) 330-7152     Pasadena, CA 91101
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
christopherp@hbsslaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded  [ ] not be refunded.

Dated   12/17/19

JOSEPHINE L. STATON
**U.S. District Judge**