QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

  Kari Wohlschlegel (Bar No. 294807)
  kariwohlschlegel@quinnemanuel.com
  Tina Lo (Bar No. 311184)
  tinalo@quinnemanuel.com
  Christine W. Chen (Bar No. 327581)
  christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LESLIE FLAHERTY, JOANNA CABALLERO, JAMES CARPENTER, MICA COLEMAN, DANNY DICKERSON, ROBERT FOCKLER, AMY FRANKLIN, DONALD HOUSE, RODNEY HUFF, DAVE LOOMIS, JOSEPH MCCALLISTER, ARRON MILLER, RICKY MONTOYA, SHARON MOON, LYNN NORTH, MARK RICE, REID SCHMITT, JAMES SMITH, CHRIS STACKHOUSE, and STANTON VIGNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC,<br><br>Defendants. | CASE NO. 8:18-cv-02223-JLS<br><br>**STATUS UPDATE AND JOINT STIPULATION TO STAY PENDING FINAL APPROVAL OF CLASS SETTLEMENT** |

WHEREAS, Plaintiffs initiated this action on December 14, 2018;

WHEREAS, Defendants' deadline to respond to the complaint in this action was November 10, 2019;

WHEREAS, the parties in the related action, *In re: Hyundai and Kia Engine Litigation*, Case No. 8:17-cv-00838-JLS-JDE (C.D. Cal.), reached a nationwide class settlement and moved for preliminary approval on October 10, 2019, which many of the plaintiffs in this action have joined (*see* 8:17-cv-00838, Dkt. No. 112);

WHEREAS, on October 30, 2019, the Court issued an order granting a stay and ordered the parties to provide a status update within 30 days of entry of the order on preliminary approval, (Dkt. 39);

WHEREAS, parties now inform the Court that, on May 7, 2020, the court in *In re: Hyundai and Kia* granted the motion for preliminary approval of the class action settlement and set a final fairness hearing for November 13, 2020;

WHEREAS, parties further inform the Court that, on June 1, 2020, the court in *In re: Hyundai and Kia* approved the long-form notices for the class action, allowing for dissemination to the class;

WHEREAS, the parties are mindful that approval of the class settlement in *In re: Hyundai and Kia* may affect the pendency of this litigation by mooting certain claims of several plaintiffs in this action;

WHEREAS, the parties request that the Court continue to stay all pending deadlines in this action—including Defendants' deadline to respond to the complaint—pending the decision on the motion for final approval of the proposed settlement in the related action;

WHEREAS, upon resolution of final approval of the settlement, the parties will provide a status update to the Court within 30 days of the Court's order on final approval of the settlement;

NOW THEREFORE, Plaintiffs and Defendants hereby agree and stipulate as follows:

All pending deadlines in this action—including Defendants' deadline to respond to the complaint—are stayed pending the decision on final approval in the related action;

Upon resolution of final approval of the settlement, the parties will provide a status update to the Court within 30 days.

IT IS SO STIPULATED.

DATED:  June 8, 2020                                QUINN EMANUEL URQUHART & SULLIVAN, LLP


By   */s/ Shon Morgan*
Shon Morgan
*Attorneys for Defendants Hyundai Motor Co.,Hyundai Motor America, Inc., Kia Motors Corp.,  and Kia Motors America, Inc.*

| | | |
|---|---|---|
| 1 | DATED: June 8, 2020 | HAGENS BERMAN SOBOL SHAPIRO LLP |

By     */s/ Rachel Fitzpatrick*
Rachel Fitzpatrick (*pro hac vice*)
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Tel.: (602) 840-5900
Fax: (602) 840-3012
Email: rachelf@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623.7292
Fax: (206)623.0594
Email: steve@hbsslaw.com

Christopher R. Pitoun
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Ave., Suite 920
Pasadena, CA 91101
Tel.: (213) 330-7150
Fax: (213) 330-7152
Email: christopherp@hbsslaw.com

Robert Hilliard (*pro hac vice* to be filed)
HILLIARD MUÑOZ GONZALES L.L.P.
719 S Shoreline Blvd, Suite #500
Corpus Christi, TX 78401
Tel.: (361) 882-1612
Fax: (361) 882-3015
Email: bobh@hmglawfirm.com

*Attorneys for Plaintiffs*

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

DATED: June 8, 2020

By  */s/ Shon Morgan*
Shon Morgan