UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LESLIE FLAHERTY, JOANNA CABALLERO, JAMES CARPENTER, MICA COLEMAN, DANNY DICKERSON, ROBERT FOCKLER, AMY FRANKLIN, DONALD HOUSE, RODNEY HUFF, DAVE LOOMIS, JOSEPH MCCALLISTER, ARRON MILLER, RICKY MONTOYA, SHARON MOON, LYNN NORTH, MARK RICE, REID SCHMITT, JAMES SMITH, CHRIS STACKHOUSE, and STANTON VIGNES, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA, KIA MOTORS CORPORATION, and KIA MOTORS AMERICA, INC,<br><br>Defendants. | CASE NO. 8:18-cv-02223-JLS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING STAY**<br><br>The Hon. Josephine L. Staton<br><br>Trial Date: None Set |

Plaintiffs in the above-captioned action and Defendants Hyundai Motor Company, Kia Motors Corporation, Hyundai Motor America and Kia Motors America, Inc. have filed a Status Update and Joint Stipulation to Stay Pending Final Approval of Class Settlement ("Stipulation"). Having considered the Stipulation and good cause appearing, it is hereby ORDERED that the Stipulation is granted:

    1. All pending deadlines in this action—including Defendants' deadline to respond to the complaint—are stayed pending the decision on final approval in the related action;

    2. Upon resolution of final approval of the settlement, the parties will provide a status update to the Court within 30 days.

Dated: 06/15/2020

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE