1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Shon Morgan (Bar No. 187736)
2    shonmorgan@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
3  Los Angeles, California 90017-2543
   Telephone:  (213) 443-3000
4  Facsimile:  (213) 443-3100
     Christine W. Chen (Bar No. 327581)
5    christinechen@quinnemanuel.com
   50 California Street, 22nd Floor
6  San Francisco, California 94111-4788
   Telephone:  (415) 875-6600
7  Facsimile:  (415) 875-6700
     Cristina Henriquez (Bar No. 317445)
8    cristinahenriquez@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
9  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
10 Facsimile:  (650) 801 5100

11 *Attorneys for Defendants*

13               UNITED STATES DISTRICT COURT
14               CENTRAL DISTRICT OF CALIFORNIA
15                     WESTERN DIVISION

17 | *In re: Hyundai and Kia Engine Litigation II* | CASE No. 8:18-cv-02223-JLS-JDE |
   | --- | --- |
   | | **NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715** |
   | | The Hon. Josephine L. Staton |
   | | Trial Date:  None Set |

PLEASE TAKE NOTICE that pursuant to Section E of the plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement (Dkt. 79) and Section IV.A of the Settlement Agreement (Dkt. 79-2 at 36), defendants Hyundai Motor Company, Hyundai Motor America, Kia America, Inc., and Kia Corporation, respectfully file this notice and Declaration from EPIQ to confirm that the required notice of the proposed settlement was sent pursuant to 28 U.S.C. § 1715 on October 4, 2022.

DATED: October 18, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Shon Morgan*
  Shon Morgan

*Attorneys for Defendants*