Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Matthew D. Schelkopf (*pro hac vice*)
*mds@sauderschelkopf.com*
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

*Interim co-Lead Counsel*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No. 8:18-cv-02223-JLS-JDE<br><br>Related Cases:<br>8:17-cv-00838-JLS-JDE<br>8:21-cv-01057-JLS-JDE<br>8:21-cv-00379-JLS-JDE<br>8:21-cv-00854-JLS-JDE<br><br>**REQUEST OF PLAINTIFFS' COUNSEL ADAM GONNELLI FOR LEAVE TO APPEAR BY TELEPHONE AT DECEMBER 16, 2022 HEARING**<br><br>Date: December 16, 2022<br>Time: 10:00 a.m.<br>Hon. Josephine L. Staton<br>Courtroom: 8A |

TO ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Adam Gonnelli, one of the counsel for Plaintiffs in the above-captioned action, hereby requests leave to attend the hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement on December 16, 2022 at 10:30 a.m., by telephone.

Plaintiffs' presentation to the Court will be made by co-counsel.

This motion is made following the conference of counsel under Local Rule 7-3 which took place on December 8, 2022.  Defendants consent to this request.

DATED: December 9, 2022                   Respectfully submitted,


LAW OFFICE OF ADAM R. GONNELLI, L.L.C.

_____

Adam Gonnelli (*pro hac vice*)
707 Alexander Road
Bldg. 2, Suite 208
Princeton, NJ, 08540
Telephone: (917) 541-7110
Facsimile: (315) 446-7521
adam@arglawoffice.com

*Counsel for Plaintiffs*

HAGENS BERMAN SOBOL SHAPIRO LLP
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

| | |
|---|---|
| 1 | Matthew D. Schelkopf (*pro hac vice*) |
| 2 | Joseph B. Kenney |
| | SAUDER SCHELKOPF LLC |
| 3 | 1109 Lancaster Avenue |
| | Berwyn, PA 19312 |
| 4 | Telephone: (610) 200-0581 |
| | Facsimile: (610) 421-1326 |
| 5 | mds@sauderschelkopf.com |
| 6 | jbk@sauderschelkopf.com |
| 7 | *Interim co-Lead Counsel* |
| 8 | Gretchen Freeman Cappio |
| | Ryan McDevitt |
| 9 | Maxwell Goins |
| 10 | Adele Daniel |
| | KELLER ROHRBACK L.L.P. |
| 11 | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA 98101 |
| 12 | Telephone: (206) 623-1900 |
| 13 | Facsimile: (206) 623-3384 |
| | gcappio@kellerrohrback.com |
| 14 | rmcdevitt@kellerrohrback.com |
| | mgoins@kellerrohrback.com |
| 15 | adaniel@kellerrohrback.com |
| 16 | *Interim Settlement Counsel* |
| 17 | Bonner C. Walsh (*pro hac vice*) |
| 18 | WALSH PLLC |
| | 1561 Long Haul Road |
| 19 | Grangeville, ID 83530 |
| 20 | Telephone: (541) 359-2827 |
| | Facsimile: (866) 503-8206 |
| 21 | bonner@walshpllc.com |
| 22 | Rachel E. Fitzpatrick (*pro hac vice*) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 23 | 11 W. Jefferson Street, Suite 1000 |
| 24 | Phoenix, AZ 85003 |
| | Telephone: (602) 840-5900 |
| 25 | Facsimile: (602) 840-3012 |
| | rachelf@hbsslaw.com |
| 26 | |
| 27 | |
| 28 | |