QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Christine W. Chen (Bar No. 327581)
  christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No. 8:18-cv-02223-JLS-JDE<br><br>Hon. Josephine L. Staton<br><br>**DECLARATION OF ELIZABETH FERNANDEZ IN SUPPORT OF HYUNDAI'S SUBMISSION REGARDING SETTLEMENT SELF-ADMINISTRATION** |

I, Elizabeth Fernandez, declare as follows:

1. I have been employed by Hyundai Motor America since July 2022 and my current title is Manager, Settlement Communications and Legal Compliance. If I were called as a witness, I could and would testify competently to the information contained here.

2. Hyundai will prioritize the identification of Class Vehicles to ensure notices are properly sent to eligible Class Members. Hyundai will identify Class Vehicle VINs through its internal records and provide that information to a third-party entity, such as S&P Global, to verify Class Member names and current addresses against Department of Motor Vehicle registration information. Before mailing notice letters, Hyundai will obtain updated information for Class Members by using the U.S. Postal Service's National Change of Address database. Hyundai will then send the Court-approved notices by U.S. mail with the help of a third party, such as Leafa Printing Plus, and by electronic mail to Class Members for whom Hyundai has an email address on file.

3. Hyundai retains customer contact information, including mailing addresses and electronic mail addresses. Specifically, Hyundai maintains address information for all original owners and lessees who purchased or leased their vehicles from authorized Hyundai dealerships. Hyundai also updates its customers' contact information whenever it is contacted by owners or lessees about their vehicles or receives updated information through its marketing channels.

4. If a notice sent by U.S. mail is returned as undeliverable, Hyundai will conduct an advanced address search across its customer records described above in Paragraph 3 to identify an alternative, deliverable address.

5. Along with notices, Hyundai will also distribute pamphlets via U.S. mail and electronic mail to Class Members and to Hyundai's authorized dealerships. The pamphlets will contain information about the Knock Sensor Detection System ("KSDS") software upgrade and the 15-year/150,000-Mile Limited Warranty.

Hyundai will instruct its dealerships to distribute the pamphlet to any person who presents a Class Vehicle for maintenance and to provide them with helpful information about Hyundai's product improvement campaigns, such as Hyundai's KSDS Installation Campaign.

6. For each claim received, a vendor, Sedgwick Claims Management Services, Inc., performs an initial review of all claims. Hyundai understands that Sedgwick has extensive experience in administrating complex and large class actions for automobile companies that involve millions of phone calls and tens of millions of claims submissions. Hyundai is also aware that Sedgwick's multi-lingual claims processing team will be fully utilized and devoted for this settlement administration.

7. Sedgwick will ensure that all requested documents are saved and confirm essential information such as VIN, mileage, relevant dates, repair orders, and the amount(s) claimed. If the claim is straightforward and all supporting documents are included in the claim, Sedgwick will approve the claim. Hyundai understands that Sedgwick will initially commit approximately 50-100 employees to this process and, depending on claims volume, will adjust accordingly.

8. Hyundai's consumer assistance department will review a claim if there is uncertainty about whether a claim should be approved or denied, including situations in which an independent repair facility does not clearly document a repair, there are missing repair orders, or a claimant claims to be entitled to remedies beyond those offered in the settlement.

9. If there continues to be uncertainty about whether a claim should be approved or denied or if a claimant indicates that they would like to appeal a claim, Hyundai's legal department will also review. Hyundai may also conduct an additional review for all claims, approved and denied, above a certain minimum dollar threshold once an initial determination has been made for all claims.

10. Aside from managers, 50 customer service representatives and employees will be in place to answer any questions regarding the settlement and to review, confirm, and issue the reimbursements for which the claimant is eligible as clearly defined in the settlement agreement. An additional 20 agents will be constantly available to assist if needed. Depending on claims volume, adjustments may be made to staffing as appropriate.

11. From Hyundai's previous class action settlements, only a handful of claimants have sought independent review of challenged claim awards. Specifically, in *Glenn et al v. Hyundai Motor Am., Inc.*, No. 8:15-cv-02052-DOC-KES (C.D. Cal.), only four Class Members requested BBB arbitration. In *Parkinson v. Hyundai Motor Am.*, No. SACV 06-345 AHS (C.D. Cal.), four to five Class Members decided to seek BBB arbitration. In *Mendoza v. Hyundai Motor Co., Ltd.*, No. 15-cv-01685-BLF (N.D. Cal.), twelve Class Members sought BBB arbitration.

12. Most recently, in *In re: Kia Engine Litigation ("Engine I")*, Case No. 8:17-cv-00838-JLS-JDE (C.D. Cal.) Hyundai has received 72,398 claims and issued final determinations for 72,383 claims. Of those claims, only about 3% were appealed to the BBB, and the majority of disputes escalated to the BBB were resolved in Hyundai's favor.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th of January 2023, at Fountain Valley, California.

*/s/ Elizabeth Fernandez*
Elizabeth Fernandez

-4-   Case No. 8:18-cv-02223-JLS-JDE
DECL. OF ELIZABETH FERNANDEZ ISO HYUNDAI'S BRIEF ON SETTLEMENT SELF-ADMINISTRATION