# **EXHIBIT E**

# REQUEST FOR EXCLUSION FROM THE SETTLEMENT CLASS

*If you do not want the benefits or reimbursements provided in this Settlement, and you want to keep the right to sue or continue to sue Hyundai or other related entities or individuals, on your own and at your own expense, about the legal issues in this case, including for any existing claims you may currently have, then you must ask to be excluded.*

*If you ask to be excluded, you cannot receive any benefits under this Settlement, and you cannot object to the Settlement. If you choose to be excluded or opt out, you will be excluded for all claims you have that are included in the Settlement. You will not be legally bound by anything that happens in this lawsuit. Any repairs performed on your Class Vehicle under the 15-Year/150,000-Mile Extended Warranty (from the date of the vehicle's original retail delivery) before [NOTICE DATE] shall preclude you from excluding yourself from the Class.*

*You can ask to be excluded by submitting the form below or sending a letter by U.S. mail (or an express mail carrier) saying that you want to "opt-out of" or "be excluded from" the Class Settlement in* In re: Hyundai and Kia Engine Litigation II, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.), *to: Shon Morgan, Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, California, 90017. Be sure to include (i) your full name and current address, (ii) the model year, model, exact or approximate date(s) of purchase or lease, Vehicle Identification Number ("VIN") of your vehicle (which is located on a placard on the top of the dashboard visible through the driver's side corner of the windshield), and (iii) a clear statement saying you wish to be excluded from the Settlement and the Class.*

\* Required Fields

## Class Member Information

First Name*                                                                 MI              Last Name*

Business Name (if applicable):

Current Street Address, Line 1*

Current Street Address, Line 2

City*

State*

Zip Code*

Email*

Phone*

Vehicle Model Name*

Vehicle Model Year*

Approximate Date of Purchase/Lease*

17-Digit Vehicle Identification Number*

**Attestation**

By signing below and clicking the "Submit" button, I wish to exclude myself from the Settlement in *In re: Hyundai and Kia Engine Litigation II*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.). I understand that I will lose any right to participate in the Settlement, including any right to receive the benefits outlined in the notice. I confirm my request for exclusion applies only to me, the one Settlement Class Member whose personal signature appears on the request. (Requests seeking exclusion on behalf of more than one Settlement Class Member shall be deemed invalid.)

Signature*

Date*

SUBMIT