# EXHIBIT F

**Settlement Benefits**

| SETTLEMENT BENEFITS | | ENGINE II | ENGINE I (Theta II GDI Engines) |
|---|---|---|---|
| **WARRANTY** | **DURATION** | 15 years or 150,000 miles, whichever comes first. | Lifetime. |
| | **COVERAGE** | Warranty covers all costs associated with inspection and repairs, including replacement parts, labor, diagnoses, and mechanical or cosmetic damage, for damage caused by a connecting rod bearing failure to the original or genuine replacement short block assembly, consisting of the engine block, crankshaft and bearings, connecting rods and bearings, and pistons, and to the original or genuine replacement long block assembly. | |
| | **TRANSFERABLE TO SUBSEQUENT OWNER** | Warranty endures irrespective of any change in ownership of the Class Vehicle. Class Vehicles subsequently owned by certain commercial entities or individuals engaged in the business of buying, selling, renting, or leasing of automobiles, such as used car dealers, franchisees, or automobile auction houses, are ineligible for the warranty. | |
| | **FREE INSPECTION POST-FINAL APPROVAL** | For 90 days after the Final Approval Date, Class Vehicles that haven't received an inspection under at least one of the campaigns/recalls are eligible under Extended Warranty to schedule free inspection if Class Vehicle still within the 15-year or 150,000-mile period, whichever comes first.<br><br>Free inspection limited to assessment of whether vehicle has symptoms of connecting rod bearing failure, and, if needed, a bearing clearance test.<br><br>Hyundai and Kia will cover teardown and repair costs if such teardown finds that the connecting rod bearings caused a Qualifying Failure. Claimants must pay for engine teardown or diagnosis for any other conditions or symptoms. | For 90 days after the Final Approval Date, Class Vehicles that haven't received an inspection under at least one of the campaigns/recalls are eligible under Lifetime Warranty for free inspections. |

Page **1** of 17

| SETTLEMENT BENEFITS | | ENGINE II | ENGINE I (Theta II GDI Engines) |
|---|---|---|---|
| | LOANER VEHICLE AND TRANSPORTATION REIMBURSEMENTS FOR WARRANTY REPAIRS | Hyundai and Kia to provide comparable class of loaner vehicle, if available, at no cost if requested.<br><br>If no loaner vehicle is reasonably available, **Hyundai and Kia will reimburse actual rental car, ride sharing, or other transportation expenses up to $80/day** until engine replacement or repair is completed, in accordance with the transportation reimbursement requirements.<br><br>Where Claimant is awaiting engine repair for at least three months, Hyundai and Kia will use best efforts to prioritize Claimant for loaner vehicle on notification by Class Counsel. | Hyundai and Kia to provide comparable class of loaner vehicle, if available, at no cost if requested.<br><br>If no loaner vehicle is reasonably available, **Hyundai and Kia will reimburse reasonable rental car expenses up to $40/day** until engine replacement or repair is completed, in accordance with the rental car reimbursement requirements. |
| | KSDS REQUIREMENT | To obtain Extended Warranty repairs, KSDS installation required before engine failure.  This condition does not apply to recalled vehicles. | To obtain Lifetime Warranty coverage, KSDS installation required before engine failure. |
| | BUYBACK OPTION | *No buyback provision.* | For Class Vehicle requiring new engine at or above 150,000 miles and more than eight (8) years from the original in-service date, Hyundai and Kia may, in lieu of replacing the engine under warranty, either (at vehicle owner's election):  (i) repurchase the vehicle at Black Book value (very good/private party), or (ii) pay the owner $2,000 in lieu of an engine replacement, provided that owner has installed the KSDS and agrees in writing to assume all risk going forward and void vehicle's remaining Lifetime Warranty. |
| | NOT APPLICABLE TO COMMERCIAL ENTITIES | Warranty is not applicable/available to commercial entities like used car dealers, franchisees, or automobile auction houses (but is still transferable to subsequent owners). | |

| SETTLEMENT BENEFITS | | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|---|
| | **MAINTENANCE RECORDS** | If Exceptional Neglect suspected, Claimant may be required to provide maintenance records. (See Exceptional Neglect definition for protocol.) | If Exceptional Neglect suspected, Class member may be required to provide records for maintenance performed after Notice Date. |
| | **NO DENIAL EXCEPT FOR EXCEPTIONAL NEGLECT** | Hyundai and Kia cannot deny inspections or repairs under the Warranty on grounds that a Qualifying Repair was necessitated because owner or lessor failed to properly service or maintain the vehicle, except in instances of Exceptional Neglect. | |
| | **APPEALS/BBB** | Claimants can request arbitration through the BBB, and disputes unresolved in the 30-day good faith period can be filed with the BBB, except that coverage under the Extended Warranty that was denied before the Notice Date is not appealable to the BBB. | Claimants can request arbitration through the BBB, and disputes unresolved in the 30-day good faith period can be filed with the BBB. |
| **RECALL AND PRODUCT IMPROVEMENT CAMPAIGNS** | **RECALLED CLASS VEHICLES** | **Hyundai Recalls:** 12/2020 NHTSA Recall No. 20V746 for 2011–2013, 2016 MY Sonata Hybrid, 2012 MY Santa Fe, and 2015–2016 MY Veloster; and 9/2021 NHTSA Recall No. 21V727 for 2017 MY Tucson and Sonata Hybrid.<br><br>**Kia Recalls:** 12/2020 NHTSA Recall No. 20V750 for 2012-2013 MY Sorento, 2012-2015 MY Forte and Forte Koup, 2011-2013 MY Optima Hybrid, 2014–2015 MY Soul, and 2012 MY Sportage; and 11/2021 NHTSA Recall No. 21V844 for 2017-2018 MY Optima Hybrid and Optima Plug-In Hybrid. | **Hyundai Recalls:** 9/2015 NHTSA Campaign No. 15V568 for 2011-2012 MY Sonata; 3/2017 NHTSA Campaign No. 17V226 for 2013-2014 MY Sonata and Santa Fe Sport.<br><br>**Kia Recalls:** 3/2017 NHTSA Campaign No. 17v224 for 2011-2014 MY Optima and 2012-2014 MY Sorento and 2011-2013 MY Sportage; 2/2019 NHTSA Campaign No. 19v-101 for 2011-2012 MY Sportage; 1/2021 NHTSA Campaign No. 20V750 for 2012 MY Sportage, 2012-2013 MY Sorento.<br><br>In 12/2018 and 1/2019, Hyundai and Kia recalled these same vehicles again under NHTSA Campaign Nos. 18V934000 (Hyundai) and 18V907000 (Kia). |
| | **KSDS CAMPAIGN** | KSDS campaign initiated for all Class Vehicles. | |

Page 3 of 17

| SETTLEMENT BENEFITS | | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|---|
| **PAST REPAIR REIMBURSEMENTS** | **TERMS** | Full reimbursement for Qualifying Repairs occurring on or before Notice Date (and, for *Engine II*, within the warranty limits), except where Exceptional Neglect applies. Reimbursement amount reduced by any prior payments. Available whether repairs were done at Hyundai/Kia dealer or third-party shop. | |
| | **THIRD-PARTY REPAIRS** | Third-party repairs must be done at a verifiable shop. | *No corresponding provision (but the parties agree denials based on fraudulent documents, e.g., fraudulent repair orders from supposed third-party shops, are proper).* |
| | **GOODWILL PAYMENT** | **$150 goodwill payment** if Claimant was denied warranty repair by Hyundai/Kia dealer and obtained repair elsewhere.<br><br>If seeking the goodwill payment, documentation of warranty repair denial is required. | **$140 goodwill payment** if Claimant was denied warranty repair by Hyundai/Kia dealer and obtained repair elsewhere. |
| | **CLAIM SUBMISSION REQUIREMENTS**[1] | Proof of a Qualifying Repair and Proof of Payment for expenses claimed. | |
| | **SUBMISSION DEADLINE** | Claim must be submitted within 90 days of Final Approval Order. | |

---

[1] *Engine II* also requires Proof of Ownership (or lease) for all settlement benefits to help identify fraudulent claims, which occurred in *Engine I* claims administration; *Engine I* claims administrators requested such proof if fraud was suspected and/or denied claims where it appeared the Claimant was submitting claims related to cars they did not own or lease. And, although implied in *Engine I* through provisions that reimbursement is reduced by prior payments, *Engine II* makes explicit that documentation of prior payments, such as Insurance Paperwork, is required if applicable.

| SETTLEMENT BENEFITS | | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|---|
| **REPAIR-RELATED TRANSPORTATION & TOWING REIMBURSEMENTS** | TERMS | Full reimbursement for towing expenses reasonably related to obtaining a Qualifying Repair occurring within 15 years/150,000 miles, and **up to $80/day for transportation expenses** if no loaner vehicle provided (limited to 15 business days before vehicle delivered to dealership or repair shop for Qualifying Repair, and 3 business days after Claimant notified vehicle was ready for pick up), except where Exceptional Neglect or KSDS Installation Neglect applies. Reimbursement amount reduced by any prior payments. | Full reimbursement for towing expenses and other out-of-pocket expenses reasonably related to obtaining a Qualifying Repair performed within 30 days of date expense was incurred, and **up to $40/day for rental car expenses** if no loaner provided, except where Exceptional Neglect (including failure to timely install KSDS) applies. Reimbursement amount reduced by any prior payments. |
| | CLAIM SUBMISSION REQUIREMENTS | Proof of a Qualifying Repair and Proof of Payment for expenses claimed. | |
| | SUBMISSION DEADLINE | Claim must be submitted within 90 days after the later of Final Approval Order (for Qualifying Repair occurring on or before Notice Date) or date expense incurred or paid (for Qualifying Repair occurring after Notice Date). | |
| **INCONVENIENCE DUE TO REPAIR DELAYS** | TERMS | Goodwill payment for Claimant inconvenienced by delays exceeding 60 days for Qualifying Repair (and, for *Engine II*, within the warranty limits), except where Exceptional Neglect or KSDS Installation Neglect applies. Reimbursement amount reduced by any prior payments. | |
| | GOODWILL PAYMENT | Qualifying Repairs completed in **61–180 days = $75**; **181–210 days = $100**; **and $100 for each additional 30-period of delay** (*e.g.*, $100 total for delays of 181–210 days, $200 total for delays of 211–240 days, $300 total for delays of 241–270 days, etc.). | Qualifying Repairs completed in 61-90 days = $50; and $25 for each additional 30-day period (*e.g.*, $50 for delays lasting 61-90 days, $75 for delays lasting 91-120 days, etc.). |
| | CLAIM SUBMISSION REQUIREMENTS | Oath that Claimant was inconvenienced by delay and number of days of repair delay with supporting documentation. | |
| | SUBMISSION DEADLINE | Claim must be submitted within 90 days after Final Approval Order (for Qualifying Repair occurring on or before Notice Date) or within 90 days of Qualifying Repair completion (for Qualifying Repair occurring after Notice Date). | |

Page **5** of **17**

| SETTLEMENT BENEFITS | | ENGINE II | ENGINE I *(Theta II GDI Engines)* |
|---|---|---|---|
| **REIMBURSEMENT OF INCIDENTALS FOR QUALIFYING FAILURE OR FIRE** | **TERMS** | Except where Exceptional Neglect or KSDS Installation Neglect applies, and where Qualifying Failure/Fire occurs within 15 years/150,000 miles: (i) **full reimbursement of towing expenses** reasonably related to Qualifying Repair, and (ii) if Qualifying Failure/Fire occurs within 150 miles of Claimant's nearest residence, **reimbursement of actual transportation expenses up to $125 incurred on date of Qualifying Failure/Fire**, or, if Qualifying Failure/Fire occurred more than 150 miles from Claimant's nearest residence, **reimbursement of actual transportation, lodging, and reasonable meal expenses incurred because of Qualifying Failure/Fire for a maximum of three days up to $300 for the first day, $200 for the second day, and $100 for the third day.** Reimbursement amount reduced by any prior payments. No lost wages, etc. recoverable. | *No corresponding provision.* |
| | **CLAIM SUBMISSION REQUIREMENTS AND DEADLINE** | Claim must be submitted within 90 days after the later of Final Approval Order (for Qualifying Failure/Fire on or before Notice Date) or date expenses incurred or paid (for Qualifying Failure/Fire after Notice Date).<br><br>Requires Claim Form, documentation of nearest residence to Qualifying Failure/Fire, documentation of charged expenses, Proof of Payment for such expenses, and Proof of Qualifying Failure/Fire when expenses incurred. | |

| SETTLEMENT BENEFITS | | ENGINE II | ENGINE I (Theta II GDI Engines) |
|---|---|---|---|
| LOSS OF VALUE FOR SOLD OR TRADED VEHICLES | TERMS | Except where Exceptional Neglect applies, **goodwill payment and reimbursement for vehicle's baseline Black Book value** (wholesale used vehicle value) at time of loss minus actual value received in sale/trade,[2] where a Qualifying Failure/Fire occurred (for *Engine II*, within the warranty limits) and Claimant sold or traded Class Vehicle before Notice Date without first repairing it.<br><br>Claims for actual damages due to a repossession are addressed through the appeals process (including potential escalation to the BBB). | |
| | GOODWILL PAYMENT AMOUNT | $150. | $140. |
| | CLAIM SUBMISSION REQUIREMENTS | Proof of Qualifying Failure/Fire (*i.e.*, Proof of Loss Event), and proof of sale/trade-in and value received. | |
| | SUBMISSION DEADLINE | Claim must be submitted within 90 days of Final Approval Order. | |
| LOSS OF VEHICLE BY QUALIFYING FIRE | TERMS | Except where Exceptional Neglect or KSDS Installation Neglect applies, where Class Vehicle lost by Qualifying Fire (for *Engine II*, within the warranty limits), **goodwill payment and maximum Black Book value** (private party/very good) of Class Vehicle at time of loss minus actual value received.[3]<br><br>No waiver of death, personal injury, or property claims (other than Class Vehicle). | |
| | GOODWILL PAYMENT AMOUNT | $150. | $140. |
| | CLAIM SUBMISSION REQUIREMENTS | Proof of Qualifying Fire. | |
| | SUBMISSION DEADLINE | Claim must be submitted within 90 days of Final Approval Order (for loss on or before Notice Date) or within 90 days of fire occurring (for loss incurred after Notice Date). | |

---

[2] In *Engine II*, claims administrators will use $500 as the actual amount received value for straw sales. It also makes clear that Claimants are entitled to no compensation if the actual value received exceeds baseline Black Book value.

[3] In *Engine II*, claims administrators will use $500 as the actual amount received value for straw sales. It also makes clear that Claimants are entitled to no compensation if the actual value received exceeds maximum Black Book value.

Page **7** of **17**

| SETTLEMENT BENEFITS | | ENGINE II | ENGINE I (Theta II GDI Engines) |
|---|---|---|---|
| **REBATE** | **TERMS** | Except where Exceptional Neglect or KSDS Installation Neglect applies, Claimant is entitled to rebate calculated as difference between value Claimant received at sale/trade-in and the maximum Black Book value (private party/very good) at the time the KSDS launched for that Class Vehicle, if they:[4]<br>(i) lose faith in Class Vehicle because of this settlement,<br>(ii) experience a Qualifying Failure/Fire (for *Engine II*, within the warranty limits),<br>(iii) sell/trade their Class Vehicle in an arm's-length transaction, and<br>(iv) purchase a replacement vehicle (Hyundai for Hyundai Claimants or Kia for Kia Claimants). | |
| | **REBATE AMOUNTS** | Rebate is limited up to the following amounts:<br>MY 2010, 2011, and 2012 Class Vehicles = $2,500;<br>MY 2013 and 2014 Class Vehicles = $2,000;<br>MY 2015 and 2016 Class Vehicles = $1,500;<br>MY 2017, 2018, 2019, 2020, and 2021 Class Vehicles = $1,000. | Rebate is limited up to the following amounts:<br>MY 2011-2012 Class Vehicles = $2,000;<br>MY 2013 and 2014 Class Vehicles = $1,500;<br>MY 2015 and 2016 Class Vehicles = $1,000;<br>MY 2017, 2018, and 2019 Class Vehicles = $500. |
| | **CLAIM SUBMISSION REQUIREMENTS** | Requires statement under oath that Claimant lost faith in Class Vehicle, Proof of Qualifying Failure or Proof of Qualifying Fire, proof of sale or trade-in and value received, and proof of purchase of replacement Hyundai or Kia vehicle from authorized dealer after Notice Date. | |
| | **SUBMISSION DEADLINE** | Claim must be submitted within 90 days of Final Approval Order (for Qualifying Failure/Fire occurring on or before Notice Date) or within 90 days of Qualifying Failure/Fire (for Qualifying Failure/Fire occurring after Notice Date). | |

---

[4] In *Engine II*, Claimants are not entitled to the rebate if the actual value received in sale/trade exceeds maximum Black Book value. Claims administrators will use $500 as actual amount received value for straw sales.

**Exceptional Neglect and KSDS Terms**

| TERM | | *ENGINE II* | *ENGINE I* (*Theta II GDI Engines*) |
|---|---|---|---|
| **EXCEPTIONAL NEGLECT** | **DEFINITION AND TERMS** | **For Extended Warranty claims:** (i) Hyundai/Kia or their dealers suspect the engine evidences a lack of maintenance or care (*i.e.*, outside of factory maintenance and care specifications) based on an inspection of the physical condition of the engine that shows unacceptable lacquering, varnish, or sludge (unless such lack of maintenance was due to a Qualifying Failure or Qualifying Fire) **and (ii)** service records demonstrate unacceptable gaps in regular oil changes (see parameters below). | Exceptional Neglect applies if vehicle evidences a lack of maintenance or care for a significant period of time of not less than one year, such that the vehicle appears dilapidated, abandoned, and/or beyond repair unless such lack of maintenance was due to a Loss Event.[5] |
| | | **For Reimbursement/Non-Extended Warranty claims:** (i) an evaluation of available service records and submitted documentation suggests a lack of maintenance or care (*i.e.*, outside of factory maintenance and care specifications), *e.g.*, a repair order or service records noting engine oil sludge, engine coolant in oil, oil that smells burnt, an old oil filter (noted to be on the engine for greater than 20,000 miles), very low levels of drained oil, or other similar indicia of neglect, **and (ii)** service records demonstrate unacceptable gaps in regular oil changes (see parameters below). | |

---

[5] *Engine I*'s definition for Exceptional Neglect also includes the failure to timely install KSDS. This is addressed separately below.

| TERM | | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|---|
| | **OIL CHANGE GAP PARAMETERS** | There are unacceptable gaps in regular oil changes if: (**1**) one oil change gap of greater than 10,500 miles; (**2**) one oil change gap of greater than 14 months; **or** (**3**) the vehicle was previously diagnosed with excessive oil consumption issues but did not obtain repair to address such issues within 30 days or 1,000 miles, whichever comes first, subsequent to any completed oil consumption testing and confirmed diagnosis. **Exceptional Neglect will not bar claims for otherwise eligible engine failures occurring within Class Vehicle's first 15,000 miles.**<br><br>Determination of unacceptable oil change gaps is based on a holistic review of maintenance records from the Claimant and records from Hyundai/Kia dealers and Carfax (or other reputable third party). | *No corresponding provision.* |
| | **DIAGNOSTIC COSTS** | Diagnostic costs associated with establishing Exceptional Neglect will be borne by Defendants. | |
| | **MAINTENANCE RECORDS PROCESS** | **For Extended Warranty claims:** Hyundai/Kia dealer will inspect Class Vehicle, and if Exceptional Neglect suspected, it will request their maintenance records from the Claimant, and dealer will document this internally. Claimant has 5 business days to produce records or confirm they are obtaining records, triggering an extra 5 business days to obtain/produce the records (or confirm they have none to provide). | Where Exceptional Neglect suspected, Class members may be required to produce maintenance records. |

| TERM | | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|---|
| | | **For Reimbursement/Non-Extended Warranty claims:** Claimant will be notified by mail, email, or both that Exceptional Neglect is suspected based on review of Claimant's available service records/submitted documentation, and request maintenance records. Claimant has 14 days (from postmark/email date sent) to produce maintenance records. | |
| | **REPORTING TO CLASS COUNSEL** | Hyundai/Kia will provide underlying documentation for any Exceptional Neglect determinations if requested.[6] | |
| **KSDS REQUIREMENT** | **INSTALLATION DEADLINE** | Lack of timely KSDS installation may bar Claimants from obtaining Extended Warranty or other benefits.<br><br>**For Extended Warranty claims of recalled vehicles:** None.<br><br>**For Extended Warranty claims of non-recalled vehicles:** Before engine failure.[7]<br><br>**For Reimbursement/Non-Warranty claims:** Within 150 days of the Notice Date. Will not bar claims where incident occurred before 150 days following the Notice Date and before KSDS installation or where Class members brought their Class Vehicles to an authorized dealership for servicing subsequent to the launch of the applicable campaign or recall. | Lack of timely KSDS installation may bar Claimants from obtaining Lifetime Warranty or other benefits.<br><br>**For Lifetime Warranty Claims:** Before engine failure.<br><br>**For Reimbursement/Non-Warranty Claims:** Within 60 days of the Notice Date or within 60 days of the mailing of the KSDS campaign notice, whichever is later. It is expected that a Class member who schedules such an appointment with a Kia or Hyundai dealer will act in good faith to have the KSDS installed on the scheduled date or shortly thereafter, even if the actual installation occurs more than 60 days following the Notice Date or the KSDS campaign notice. |

---

[6] In *Engine II*, the settlement agreement also explicitly requires defendants to notify Class Counsel of Exceptional Neglect cases in monthly reports of final determinations.

[7] Defendants reserve the right to waive the KSDS requirement in their discretion on a case-by-case basis.

Page **11** of **17**

| TERM | ENGINE II | ENGINE I (Theta II GDI Engines) |
|---|---|---|
| **NOTIFYING SUBSEQUENT OWNERS OR LESSEES** | Hyundai/Kia currently monitors monthly owner change reports and notifies subsequent owners about KSDS availability and procedure where records show Class Vehicle does not already have KSDS installed.  This monitoring to continue for at least one year from Final Approval Date. | *No corresponding provision.* |

## Notice and Administration Procedures

| TERM | | ENGINE II | ENGINE I (Theta II GDI Engines) |
|---|---|---|---|
| **NOTICE** | **TIMING** | **120 days** after the Preliminary Approval Order. | 90 days after the Preliminary Approval Order. |
| | **CLASS MEMBER IDENTIFICATION** | Hyundai/Kia/Settlement Administrators will provide Class Vehicle owner names, addresses, and VINs to R.L. Polk & Company, or a similar third-party entity, who will use that information to obtain names and current addresses of Class Vehicle owners through state agencies. Before mailing individual notice, Hyundai/Kia/Settlement Administrators will conduct an address search through USPS's National Change of Address database to update address information for Class Vehicle owners. For each notice returned as undeliverable, Hyundai/Kia/Settlement Administrators will use best efforts to conduct an advanced address search using Hyundai/Kia's customer database information regarding the Class Vehicle owner to obtain a deliverable address. | |
| | **METHOD** | The Long-Form Notice, which will include links to the respective Hyundai/Kia settlement website, will be disseminated by U.S. mail, email (where available), and the dedicated settlement websites, as well as with links to the settlement websites located on Hyundai/Kia's websites. | |
| | | **Claim Forms:** Available via email (where available) and the dedicated settlement websites. The Long-Form Notice will also instruct Class members they can request a Claim Form be mailed to them. | **Claim Form:** Available via U.S. mail, email (where available), and the dedicated settlement websites. |
| **KSDS PAMPHLETS** | **TIMING** | Within 120 days after the Final Approval Date. | Following the Final Approval Date. |
| | **METHOD** | By U.S. mail and email (where available) to Class members **(who currently own or lease a Class Vehicle)** | By U.S. mail and email (where available) to Class members |
| | **DEALERSHIP DISSEMINATION** | Beginning no later than two weeks after the Final Approval Date, Pamphlets to be provided—in both hard copy and electronic form—to each of Hyundai/Kia's authorized dealerships, with instruction to disseminate to any person who presents a Class Vehicle for maintenance or service of any type. | Beginning no later than two weeks after the Final Approval Date, Pamphlets to be provided—in both hard copy and electronic form—to each of Hyundai/Kia's authorized dealerships, with instruction to disseminate to any person who presents a Class Vehicle for maintenance or service of any type. |

| TERM | | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|---|
| **OPTING OUT** | **PROCEDURE** | By mail **and electronic opt out form via link in the FAQs of the settlement websites.** | By mail. |
| **CLAIMS ADMINISTRATION** | **SETTLEMENT ADMINISTRATORS** | **Hyundai to self-administer with the assistance of Sedgwick**; Kia to use Epiq. | Hyundai to self-administer with the assistance of JNR; Kia to use Epiq. |
| | **CLAIM SUBMISSIONS METHOD** | Permitted by U.S. mail, email, or dedicated settlement website. | |
| | **VIN VERIFICATION** | VIN input for Class Vehicle verification available **on both Hyundai and Kia settlement websites.** | *No corresponding provision, but Hyundai's settlement website allowed visitors to verify Class Vehicles by VIN.* |
| | **CLAIMS PROCESSING TIMELINE** | Initial determinations must be sent within 60 days of receiving claim. Claimants have **45 days** for cure attempt. Hyundai/Kia have **45 days** after cure attempt to provide final determination. **Settlement Administrators must issue final determination communication to the Claimant within six months of receiving the claim.** | Initial determinations must be sent within 60 days of receiving claim. Claimants have 35 days for cure attempt. Hyundai/Kia have 35 days after cure attempt to provide final determination. |
| | **CONTENT OF FINAL DETERMINATIONS** | Hyundai/Kia/Settlement Administrators must inform Claimant of its final determination as to the total reimbursement to be paid to Claimant and the reasons for the reimbursement amount if less than requested.<br><br>When issuing final determination to Claimant whose claim is denied in part or in full and Claimant made a cure attempt after initial determination, Hyundai/Kia must also inform the Claimant: **(1) the right to appeal the decision via arbitration; (2) the appeal must be made in writing, detailing which denied claims are disputed and what amount is sought, and be mailed with all supporting documents; (3) the mailing address for submitting** | Hyundai/Kia/Settlement Administrators must inform Claimant of its final determination as to the total reimbursement to be paid to Claimant and the reasons for the reimbursement amount if less than requested.<br><br>The final determination informs the Claimant of the right to appeal. |

| TERM | | ENGINE II | ENGINE I (Theta II GDI Engines) |
|---|---|---|---|
| | | appeal; and (4) the appeal must be postmarked no later than 30 days from postmark date on final determination. | |
| | **END DATE FOR ALL CLAIMS ADMINISTRATION** | 12/31/2036 (Hyundai); 12/31/2035 (Kia). | *No corresponding provision.* |
| | | | |
| **APPEALS** | **TIMELINE** | Dissatisfied Claimant must notify Hyundai/Kia by mail that Claimant requests BBB arbitration within **30 days** of receiving final determination.  30-day good faith period for parties to resolve dispute without BBB.  Claimants have 30 days to initiate BBB arbitration. | Dissatisfied Claimant must notify Hyundai/Kia by mail that Claimant requests BBB arbitration within 60 days of receiving final determination.  30-day good faith period for parties to resolve dispute without BBB. |
| | **MAILING ADDRESS FOR APPEALS** | **Long-Form Notice, dedicated settlement websites**, and final determination communications to Claimants will all contain the addresses for mailing appeals. | Final determination communications to Claimants contain the addresses for mailing appeals. |
| | **CLAIMS THAT CANNOT BE APPEALED** | (1) Extended Warranty coverage denied before Notice Date; (2) denials based on exclusions from Class; (3) final determination approving a claim in full; (4) final determinations denying claim on basis of KSDS Installation Neglect after sixty days following Final Approval Date. | *No corresponding provision.* |

| TERM | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|
| **BBB ARBITRATION PROCEDURES** | The arbitration shall take place by written submission with a telephonic hearing to occur if the arbitrator determines it is needed.<br><br>Arbitration may resolve in Hyundai/Kia's favor (and possibly without written submission process) for certain claims denied for KSDS Installation Neglect. (See Sec. III.C.6.)<br><br>For Extended Warranty claims that are denied for Exceptional Neglect, Claimants may contest determination by obtaining third-party inspection and submitting certain photographs. (See Sec. III.C.7.)<br><br>With exception to photographs mentioned above, arbitrators may not consider supporting documents from Claimant both (1) not submitted previously before initiating arbitration proceedings and (2) are suspected of being fraudulent. | The arbitration shall take place by written submission with a telephonic hearing to occur if the arbitrator determines it is needed. |
| **BBB ARBITRATION COSTS** | Hyundai/Kia to bear costs of arbitration unless Claimant brought claims in bad faith, *e.g.*, **(i) Class Vehicle experienced engine fire or failure outside the 15-year/150,000-mile period, (ii) Claimant seeks reimbursement for repairs and expenses outside the 15-year/150,000-mile period, (iii) Claimant previously released claims in a prior settlement agreement with Hyundai/Kia, (iv) Claimant seeks compensation for amounts already paid for by insurance, or (v) document(s) submitted to arbitrator are deemed fraudulent.** | Hyundai/Kia to bear costs of arbitration unless Claimant brought claims in bad faith. |

| TERM | | *ENGINE II* | *ENGINE I (Theta II GDI Engines)* |
|---|---|---|---|
| **CLASS COUNSEL MONITORING** | **NOTICE** | For a period ending 90 days after the Notice Date, Defendants or their Settlement Administrators shall provide Class Counsel with reasonable periodic reports of the total number of notices sent to Class members by U.S. mail and email, along with the numbers of notices returned as undeliverable.[8] | |
| | **FINAL DETERMINATIONS** | On a monthly basis beginning 30 days after the Notice Date, Hyundai/Kia provides reports of final determinations and, upon request, supporting documentation to Class Counsel.[9] Class Counsel is permitted to audit and review claims administration. | |
| | **APPEALS REQUESTS** | Hyundai/Kia shall provide monthly reports regarding all written requests for arbitration, Claims that have been escalated to the BBB, and their statuses.[10] Upon request, HMA and KA shall provide copies of written requests for arbitration to Class Counsel and copies of any communications concerning such arbitration review. Class Counsel shall have the right to participate in the alternative dispute resolution process, but shall not be obligated to participate. | |

---

[8]   In *Engine II*, the first report shall be provided to Class Counsel no more than 15 business days after notices have been sent to Class members.

[9]   In *Engine II*, the monthly reports must also include if a Claim was denied for Exception Neglect. Hyundai/Kia must also furnish upon request a report of any Exceptional Neglect or KSDS Installation Neglect cases.

[10]   *Engine II* specifies that reporting begins 120 days after the Notice Date.