UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:18-cv-02223-JLS-JDE                              Date:  February 16, 2023
Title:  In Re: Hyundai and Kia Engine Litigation II

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                     Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER PROVIDING GUIDANCE AS TO NOTICE OF CLAIMS SUBMISSION DEADLINE**

   On February 10, 2023, the parties filed a Joint Submission requesting the Court's guidance as to class notice of the claims submission deadline.  (Doc. 100.)  The deadline to submit claims is 90 days after the Final Approval Order, a date which the parties cannot know by June 7, 2023, the deadline to mail class notices.  (*Id.* at 2.)  The Final Approval Hearing is set for September 8, 2023.  (Preliminary Approval Order, Doc. 99 at 2.)  Accordingly, the Court ORDERS that the long-form notice instruct class members that "the claims submission deadline is December 7, 2023, and any extension of that date will be posted on the settlement website."  December 7, 2023 is 90 days after the Final Approval Hearing.  Should the Final Approval Order not issue on the date of the Final Approval Hearing, the parties must update the settlement websites to reflect a claims submission deadline 90 days after the actual issuance of the Final Approval Order.

                                                                                    Initials of Preparer:  vrv