Case 8:18-cv-02223-JLS-JDE   Document 109   Filed 07/12/23   Page 1 of 3   Page ID #:3448

Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

*Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No. 8:18-cv-02223-JLS-JDE<br><br>Hon. Josephine L. Staton<br><br>**NOTICE OF WITHDRAWAL OF APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS SUPPORTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF NO. 103) AND DECLARATION OF STEVE W. BERMAN IN SUPPORT (ECF NO. 104)** |

NOTICE OF WITHDRAWAL OF APPL. FOR LEAVE TO FILE UNDER SEAL
Case No. 8:18-cv-02223-JLS-JDE

1  Under Local Rule 7-16, Plaintiffs hereby file this Notice of Withdrawal of Application for Leave to File Under Seal Portions of Documents Supporting Plaintiffs' Motion for Final Approval of Class Action Settlement (**ECF No. 103**) and the Declaration of Steve W. Berman in Support (**ECF No. 104**).

DATED: July 12, 2023            Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
HAGENS BERMAN SOBOL SHAPIRO LLP
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326
mds@sauderschelkopf.com
jbk@sauderschelkopf.com

*Co-Lead Class Counsel*

Gretchen Freeman Cappio (*pro hac vice*)
Ryan McDevitt (*pro hac vice*)
Adele Daniel
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
adaniel@kellerrohrback.com

*Settlement Counsel*

NOTICE OF WITHDRAWAL OF APPL. FOR LEAVE TO FILE UNDER SEAL – 1
Case No. 8:18-cv-02223-JLS-JDE

| | |
|---|---|
| 1 | Bonner C. Walsh (*pro hac vice*) |
| 2 | WALSH PLLC |
|   | 1561 Long Haul Road |
| 3 | Grangeville, ID 83530 |
|   | Telephone: (541) 359-2827 |
| 4 | Facsimile: (866) 503-8206 |
| 5 | bonner@walshpllc.com |
| 6 | Adam Gonnelli (*pro hac vice*) |
|   | LAW OFFICE OF ADAM R. GONNELLI, L.L.C. |
| 7 | 707 Alexander Road |
|   | Bldg. 2, Suite 208 |
| 8 | Princeton, NJ, 08540 |
|   | Telephone: (917) 541-7110 |
| 9 | Facsimile: (315) 446-7521 |
| 10 | adam@arglawoffice.com |
| 11 | Rachel E. Fitzpatrick (*pro hac vice*) |
|    | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 12 | 11 W. Jefferson Street, Suite 1000 |
|    | Phoenix, AZ 85003 |
| 13 | Telephone: (602) 840-5900 |
| 14 | Facsimile: (602) 840-3012 |
|    | rachelf@hbsslaw.com |
| 15 | |
| 16 | *Attorneys for Plaintiffs* |

NOTICE OF WITHDRAWAL OF APPL. FOR LEAVE TO FILE UNDER SEAL – 2
Case No. 8:18-cv-02223-JLS-JDE