Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Matthew D. Schelkopf (*pro hac vice*)
mds@sauderschelkopf.com
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326

*Co-Lead Counsel*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No. 8:18-cv-02223-JLS-JDE <br><br> Hon. Josephine L. Staton <br><br> **APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS SUPPORTING PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Under Local Rule 79-5.2.2, Plaintiffs file this Application for leave to file under seal portions of documents supporting their Motion for Final Approval of Class Action Settlement because they contain, summarize, or reflect material that has been designated as "confidential" under the Stipulated Protective Order entered in this case (ECF No. 75). Specifically, the documents that contain material designated as "confidential" include the following:

1. Declaration of Adam Gonnelli in support of Final Approval of Class Settlement ("Gonnelli Decl.");
2. Gonnelli Decl., Ex. 1 (Expert Report and Opinion of Susan K. Thompson and accompanying schedules);
3. Gonnelli Decl., Ex. 2 (Class Vehicle sales data);
4. Gonnelli Decl., Ex. 3 (Class Vehicle sales data);
5. Gonnelli Decl., Ex. 4 (Hyundai Class Vehicle warranty data);
6. Gonnelli Decl., Ex. 5 (Kia Class Vehicle warranty data);
7. Gonnelli Decl., Ex. 6 (Hyundai's August 19, 2022 confidential Responses to Plaintiffs' First Set of Interrogatories);
8. Gonnelli Decl., Ex. 7 (Kia's August 19, 2022 confidential Responses to Plaintiffs' First Set of Interrogatories);
9. Gonnelli Decl., Ex. 8 (Declaration of Jake Lebowitz);
10. Gonnelli Decl., Ex. 10 (Declaration of Elizabeth Fernandez Regarding Knock Sensor Detection Software (KSDS) Installation Rates); and
11. Gonnelli Decl., Ex. 11 (Declaration of Alex Lee Regarding Knock Sensor Detection Software (KSDS) Installation Rates).

In accordance with Local Rule 79-5.2.2(b), Plaintiffs' counsel conferred with Defendants' counsel about the confidential material and this Application on June 30, 2023. On July 7, 2023, Plaintiffs filed an application to seal this material (ECF Nos. 103, 104) concurrently with Plaintiffs' Motion for Final Approval of Class Action

1  Settlement (ECF No. 105) because the materials had only recently been obtained from
2  Defendants and filing the application any earlier was impracticable. On July 11, 2023,
3  Plaintiffs learned there was some information in Gonnelli Decl., Ex. 1 (Expert Report
4  and Opinion of Susan K. Thompson and accompanying schedules) and Gonnelli Decl.,
5  Ex. 10 (Declaration of Elizabeth Fernandez Regarding Knock Sensor Detection
6  Software (KSDS) Installation Rates) that should also be sealed but was inadvertently
7  missed. Plaintiffs therefore file this new Application for leave to file under seal and will
8  separately and concurrently file a withdrawal of the original application and supporting
9  declaration.

10  In support of this Application, Plaintiffs attach the Declaration of Steve W.
11  Berman, which establishes good cause as to why the material should be sealed and
12  attests that there is no known opposition to such sealing.

### Relief Requested

14  Plaintiffs respectfully request that the Court grant their Application for leave to
15  file under seal portions of the above-mentioned documents.

DATED: July 12, 2023            Respectfully submitted,

/s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
HAGENS BERMAN SOBOL SHAPIRO LLP
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile: (610) 421-1326
mds@sauderschelkopf.com
jbk@sauderschelkopf.com

*Co-Lead Class Counsel*

Gretchen Freeman Cappio (*pro hac vice*)
Ryan McDevitt (*pro hac vice*)
Adele Daniel
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
adaniel@kellerrohrback.com

*Settlement Counsel*

Bonner C. Walsh (*pro hac vice*)
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

Adam Gonnelli (*pro hac vice*)
LAW OFFICE OF ADAM R. GONNELLI, L.L.C.
707 Alexander Road
Bldg. 2, Suite 208
Princeton, NJ, 08540
Telephone: (917) 541-7110
Facsimile: (315) 446-7521
adam@arglawoffice.com

|   |   |
|---|---|
| 1 | Rachel E. Fitzpatrick (*pro hac vice*) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 11 W. Jefferson Street, Suite 1000 |
| 3 | Phoenix, AZ 85003 |
|   | Telephone: (602) 840-5900 |
| 4 | Facsimile: (602) 840-3012 |
| 5 | rachelf@hbsslaw.com |

*Attorneys for Plaintiffs*