# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No. 8:18-cv-02223-JLS-JDE <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Doc. 102)** |

    The Court, having fully considered Plaintiffs' Unopposed Motion for Leave to Exceed Page Limit for Motion for Final Approval of Class Action Settlement, and good cause appearing, grants the motion.

    IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Approval of Class Action Settlement is limited to 35 pages.

DATED: July 14, 2023

                                                                              _____
                                                    HON. JOSEPHINE L. STATON
                                                    UNITED STATES DISTRICT JUDGE