1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
2 | Shon Morgan (Bar No. 187736)
  | shonmorgan@quinnemanuel.com
3 | 865 South Figueroa Street, 10th Floor
  | Los Angeles, California 90017-2543
4 | Telephone: (213) 443-3000
  | Facsimile: (213) 443-3100
5 | Christine W. Chen (Bar No. 327581)
  | christinechen@quinnemanuel.com
6 | 50 California Street, 22nd Floor
  | San Francisco, California 94111-4788
7 | Telephone: (415) 875-6600
  | Facsimile: (415) 875-6700
8 | Cristina Henriquez (Bar No. 317445)
  | cristina.henriquez@quinnemanuel.com
9 | 555 Twin Dolphin Drive, 5th Floor
  | Redwood Shores, California 94065
10 | Telephone: (650) 801-5000
  | Facsimile: (650) 801 5100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | CASE NO. 8:18-cv-02223-JLS-JDE<br><br>**DEFENDANTS' REPLY TO DECLARATION OF TIONNA DOLIN (Dkt. 134)**<br><br>Date: September 8, 2023<br>Time: 10:30 a.m.<br>Ctrm: 8A<br><br>The Hon. Josephine L. Staton<br><br>Trial Date: None Set |

Defendants Hyundai Motor Company, Hyundai Motor America, Kia America, Inc., and Kia Corporation, submit this reply to the Declaration of Tionna Dolin Requesting Confirmation of Seventeen Consumer's Requests for Exclusion ("Dolin Declaration") (Dkt. 134).

As noted in defendants' Notice Regarding Settlement Exclusions, "[a]ny exclusion requests that included incomplete or inaccurate information, such that defendants could not identify the requestor, class vehicle, or VIN, were considered invalid after attempting to resolve the inaccuracy through defendants' internal database and/or outreach to the requester. And exclusion requests that attempted to opt out a non-Class Vehicle or attempted to opt out for a different settlement were not counted."  Dkt. 129.

Of the seventeen requests for exclusion listed in the Dolin Declaration, sixteen requests were for invalid or non-Class Vehicle VINs:

1. Maria Campos
2. Deanna Clark
3. Penny Beachum
4. Mayra Bermudez
5. Joseph Forehan
6. Nikelle Franklin
7. Jason Guaschino
8. Miguel Munoz
9. Leticia Sanchez[1]
10. Guillermo Sandoval
11. Robert Thomas
12. Marylin Weger

---

[1] Ms. Sanchez's name is spelled incorrectly as "Letucia Sanchez" in the Dolin Declaration.

| | | |
|---|---|---|
| 1 | 13. | Micah Weger |
| 2 | 14. | Donna Wehmeier |
| 3 | 15. | Doress Wehmeier |
| 4 | 16. | Wanpian Zhou |

Defendants were also not able to identify a valid Class Vehicle VIN based on the other information provided in these requests through defendants' internal database and/or outreach to the requester.  Thus, these sixteen requests were not included in defendants' notice of exclusions as defendants could not verify that they belonged to the Class.

The only remaining person mentioned in the Dolin Declaration is Aaron Caver, who is in fact included as "Aaron Knox (Caver)" in defendants' notice of exclusions. Dkt. 129-1 at 11.

Accordingly, defendants properly excluded sixteen requests mentioned in the Dolin Declaration and confirm that Aaron Caver submitted a valid opt-out request.

DATED:  September 6, 2023    Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ *Shon Morgan*
Shon Morgan
*Attorneys for Defendants Hyundai Motor Company, Hyundai Motor America, Kia America, Inc., and Kia Corporation*