QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Christine W. Chen (Bar No. 327581)
  christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
  Cristina Henriquez (Bar No. 317445)
  cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801 5100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| *In re: Hyundai and Kia Engine Litigation II* | CASE No. 8:18-cv-02223-JLS-JDE |
|---|---|
| | **JOINT STIPULATION WITHDRAWING THE DECLARATION OF ROBERT KLONOFF** |

The parties respectfully request the Court adopt the following Stipulation:

WHEREAS, the parties have fully briefed plaintiffs' motion for attorneys' fees and expenses and class representative awards (Dkts. 106, 120, 123);

WHEREAS, on August 11, 2023, plaintiffs filed the Rebuttal Declaration of Professor Robert Klonoff in Response to Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees (Dkt. 123-1);

WHEREAS, on August 18, 2023, defendants moved to strike Professor Klonoff's declaration, and this motion was noticed for hearing on September 29, 2023 (Dkt. 127);

WHEREAS, plaintiffs filed an opposition to defendants' motion to strike on September 5, 2023 (Dkt. 137);

WHEREAS, the Court heard arguments on plaintiffs' fees motion during the final fairness hearing on September 8, 2023 (Dkt. 142); and

WHEREAS, the Court informed the parties at the final fairness hearing that she would not consider Professor Klonoff's declaration, and ordered that defendants' motion to strike be taken off calendar;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Plaintiffs withdraw the Rebuttal Declaration of Professor Robert Klonoff in Response to Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees (Dkt. 123-1);
2. Any references to Professor Klonoff's declaration in the parties' briefing on plaintiffs' fees motion should be disregarded; and
3. Defendants' motion to strike Professor Klonoff's declaration (Dkt. 127) should be denied as moot.

WHEREFORE, plaintiffs and defendants respectfully request that the Court enter this Stipulation as an Order of the Court.

IT IS SO STIPULATED.

1
2  DATED:  September 27, 2023          QUINN EMANUEL URQUHART & SULLIVAN. LLP
3
4
                                      By     */s/ Shon Morgan*
5                                          Shon Morgan
6                                          *Attorneys for Defendants*
7
8  DATED:  September 27, 2023          SAUDER SCHELKOPF LLC
9
10                                    By     */s/ Matthew D. Schelkopf*
                                           Matthew D. Schelkopf (*pro hac vice*)
11                                         *Attorneys for Plaintiffs*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ECF ATTESTATION**

I, Shon Morgan, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the e-filing of the foregoing document in compliance with Local Rule 5-4.3.4(a)(2).

By  */s/ Shon Morgan*
     Shon Morgan