UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No.  8:18-cv-02223-JLS-JDE<br><br>**ORDER GRANTING THE JOINT STIPULATION WITHDRAWING THE DECLARATION OF ROBERT KLONOFF (Doc. 146)**<br><br>**ORDER DENYING AS MOOT MOTION TO STRIKE (Doc. 127)** |

The parties in the above-captioned action have filed a Joint Stipulation to Withdraw the Declaration of Robert Klonoff (Doc. 146). Having considered the stipulation and good cause appearing, it is hereby ORDERED that the stipulation is granted as to the following:

1. Plaintiffs withdraw the Rebuttal Declaration of Professor Robert Klonoff in Response to Defendants' Opposition to Plaintiffs' Motion for Attorneys' Fees (Doc. 123-1);
2. Any references to Professor Klonoff's declaration in the parties' briefing on plaintiffs' fees motion should be disregarded; and
3. Defendants' motion to strike Professor Klonoff's declaration (Doc. 127) should be denied as moot.

DATED: October 11. 2023

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE