QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Homin Ban (Bar No. 348320)
  hominban@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Christine W. Chen (Bar No. 327581)
  christinechen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
  Cristina Henriquez (Bar No. 317445)
  cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801 5100

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | CASE No. 8:18-cv-02223-JLS-JDE<br><br>**DECLARATION OF EUGENE LEE IN SUPPORT OF JOINT NOTICE OF INADVERTENT OMISSION OF CERTAIN CLASS MEMBERS FROM CLASS SETTLEMENT NOTICE AND SUBMISSION SEEKING GUIDANCE FROM THE COURT**<br><br>The Hon. Josephine L. Staton |

I, Eugene Lee, state that I am over 18 years of age, and declare as follows:

1. I make this declaration based on my personal, firsthand knowledge and review of relevant records, and, if called as a witness, I could and would testify competently hereto.

2. I make this declaration in support of the Joint Notice of Inadvertent Omission of Certain Class Members from Class Settlement Notice and Submission Seeking Guidance from the Court.

3. I am the National Manager of TREAD & Recall Management at the Safety Office of Kia North America.

4. On or around September 6, 2023, Epiq informed the Customer Care Department for Kia America, Inc. that VINs for some eligible vehicles did not appear in Epiq's class vehicle list.

5. I undertook a review and analysis to determine why these VINs were not in Epiq's records.

6. Kia's VIN population of eligible vehicles ("Kia Class Vehicle List") was generated by pulling VINs for the class vehicle models and model years from the Vehicle Master database. The Vehicle Master database houses information about vehicles at a VIN level including model and model year.

7. The list of class vehicle VINs exported to Epiq ("Epiq Class Vehicle List") was based on the Kia Class Vehicle List. Kia extracted customer name and mailing addresses ("Owner Information") for those VINs from the Customer Data Management ("CDM") database in order to provide Epiq with a usable set of VINs and corresponding customer information with which provide class notice. The CDM database is a repository for customer information that is aggregated from a variety of sources.

8. Upon review and analysis comparing the Epiq Class Vehicle List with the Kia Class Vehicle List, I isolated a batch of VINs from the Kia Class Vehicle List

that had been omitted on the Epiq Class Vehicle List. The omissions related to a variety of models and model years.

9. Because there was no commonality between the identified missing VINs, and because I found all the missing VINs Epiq identified in the Kia Class Vehicle List, I concluded that the omitted VINs did not result from an error in extracting the eligible VINs for the Kia Class Vehicle List from the Vehicle Master database.

10. After further analysis, I determined that the system logic used to extract Owner Information to create the Epiq Class Vehicle List contained an error in that it failed to provide Owner Information from the original Retail Delivery Report ("RDR") database when a customer contact was not found in the CDM database.

11. Therefore, when Kia provided the Epiq Class Vehicle List with Owner Information, it did not contain 100% of the identified eligible VINs.

12. I identified 7,661 missing VINs through the variance between the Kia Class Vehicle List and the Epiq Class Vehicle List.

13. I extracted the available Owner Information for these 7,661 VINs from the CDM database and found 3,577 VINs did not return Owner Information. The remaining 4,084 VINs did not have Owner Information in the CDM database when Kia extracted the Epiq Class Vehicle List, but the information had been added in the interim.

14. For the 3,577 VINs that did not have Owner Information in the CDM database as of September 6, 2023, I searched Owner Information in the RDR database. This process provided Owner Information for all but 789 VINs.

15. These 789 VINs had an Inventory Status of "99." Status "99" is the internal Inventory Status at Kia America, Inc. assigned to vehicles deemed insurance write-offs. These vehicles were never wholesaled because they were declared a total loss.

16. The Owner Information for all missing VINs except for these 789 VINs has been provided to Epiq to upload to their database

17. This update eliminated any variance between the Kia Class Vehicle List and Epiq Class Vehicle List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 12, 2023

_____
Eugene Lee