QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Homin Ban (Bar No. 348320)
  hominban@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
  Cristina Henriquez (Bar No. 317445)
  cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801 5100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | CASE No. 8:18-cv-02223-JLS-JDE<br><br>**STATUS UPDATE REGARDING NOTICE TO 2017–2020 KIA OPTIMA PHEV CLASS MEMBERS**<br><br>The Hon. Josephine L. Staton |

Pursuant to the Court's order approving a modified notice to owners and lessees of 2017–2020 model year ("MY") Kia Optima PHEV vehicles, Dkt. 122, the Kia defendants provide the following update:

**Notice to Affected Class Members.**  On August 18, 2023, Epiq emailed the summary notice to 4,464 class members.  *See* Declaration of Amanda Sternberg ("Sternberg Decl.") ¶ 6.  Only 253 of these email notices were returned to Epiq as undeliverable, ¶ 7, representing a 94% success rate.

On September 6, 2023, Epiq mailed (via first class mail) 5,403 Class Notices with a Court-approved cover notice to these affected class members. *Id.* ¶ 8.  Of these notices, 146 were returned as undeliverable, and Epiq then remailed 82 notice packages after performing advanced address research. *Id.* ¶ 9.  This represents a 98% rate of successful notice via mail.

**Opt Outs and Objections.**  The deadline for owners or lessees of 2017–2020 MY Kia Optima PHEV vehicles to opt out or object was October 5, 2023.  Dkt. 122.  As of October 17, 2023, Kia's settlement administrator has received one opt out request and no objections from affected class members.  Sternberg Decl. ¶ 12.

**Claims Received.**  As of October 17, 2023, Epiq has received claim forms from 22 affected class members. *Id.* ¶ 10.  Apart from applying the modified deadlines as specified in the Court's order (Dkt. 122), Epiq is reviewing these claims as part of its normal claims review process. *Id.* ¶ 11.  These claims are also included as part of the regular claims reporting to Class Counsel. *Id.*

**KSDS Installation Rates.**  For these affected class members, the deadline to install the knock sensor detection software update to be eligible for certain claims under the settlement is February 2, 2024.  Dkt. 122.  Approximately 2,104 2017–2020 MY Kia Optima PHEV vehicles, or approximately 74%, have KSDS installed as of October 17, 2023.  Sternberg Decl. ¶ 13.

Given that only one affected class member has requested exclusion and no affected class member objected to the settlement, Kia proposes that no further hearing

is necessary at this time.

DATED: October 19, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Shon Morgan
Shon Morgan
*Attorney for Hyundai Motor Company, Hyundai Motor America, Kia America, Inc., and Kia Corporation*