**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No.:   8:18-cv-02223-JLS-JDE |
| | **DECLARATION OF AMANDA STERNBERG REGARDING CLASS NOTICE RE: 2017–2020 KIA OPTIMA PHEV OWNERS AND LESSEES** |
| | Judge: Hon. Josephine L. Staton |

- 1 -

I, Amanda Sternberg, declare as follows,

1. I am a Director for Epiq Class Action & Claims Solutions, Inc. ("Epiq"). I am responsible for supervising Kia America, Inc.'s ("KA") settlement administration responsibilities in the above-referenced matter. The facts set forth herein are true of my own personal knowledge. If called as a witness, I could and would competently testify thereto.

2. Epiq was retained by Defendant KA to be the Settlement Administrator for KA in this action. I provide here an update on KA's dissemination of Class Notices to former or current owners or lessees of 2017–2020 model year ("MY") Kia Optima PHEV vehicles. The numbers described below are accurate as of the close of business on October 17, 2023.

3. On or about August 2, 2023, Epiq was informed that the list it was provided by KA of Kia Class vehicles did not include 2017–2020 MY Kia Optima PHEV vehicles due to an administrative error. As a result, owners and lessees of these vehicles were not provided notice by the Court's ordered notice date of June 7, 2023. This error affected 2,808 vehicles.

4. Epiq diligently worked with counsel for both parties to determine what deadlines must be altered for this subset of the class and how best to quickly reach them, and the Court provided guidance to the parties to remedy this issue on August 9, 2023. Dkt. 122.

5. Epiq followed the process described in my previous declaration to obtain the last known addresses of these affected class members and to create records for noticing purposes. *See* Dkt. 105-5.

6. On August 18, 2023, Epiq emailed a summary notice to 4,464 class members with email addresses associated with owners or lessees of 2017–2020 MY Kia Optima PHEV vehicles. A representative copy of the email notice is included as **Attachment A**.

7. A total of 253 of these email notices were returned to Epiq as undeliverable.

8. On September 6, 2023, Epiq mailed 5,403 Class Notices via first class mail with a cover notice approved by the Court to former and current owners and lessees of these Kia Class Vehicles. A representative copy of the mailed cover notice is included as **Attachment B**.

9. To date, 146 of these mailed notices have been returned as undeliverable with no forwarding address. Epiq performed advanced address research on all such undeliverable records, and, where applicable, Class Notices with the cover notices have been or are being re-mailed to the updated addresses. Epiq has remailed 82 of these notices as a result of this process.

10. Epiq has received claim forms from 22 affected class members with an approximate total face value of $47,129.60. The value is the total amount *claimed* by the claimants. No final determinations have issued for any of these claims.

11. Apart from applying the modified deadlines as specified in the Court's order (Dkt. 122), Epiq is reviewing these claims as part of its normal claims review process. These claims are also included as part of the regular claims reporting to Class Counsel.

12. During the extended period, Epiq received one opt out request and no objections from affected class members. It is possible that Epiq will later receive additional timely opt out requests or objections due to mailing system delays, but, given that about two weeks have passed since October 5, 2023, Epiq does not expect to receive any.

13. I understand from conferring with Kia that approximately 2,104 2017–2020 MY Kia Optima PHEV vehicles, or approximately 74%, have the knock sensor detection software update installed already.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing facts are true and correct.

5  Executed on October 18, 2023, in Kent, Washington.

                                        Amanda Sternberg
                                              Director