# EXHIBIT A

NOTICE OF CLASS ACTION SETTLEMENT – KIA ENGINE CLASS SETTLEMENT

Kia Engine Class Settlement Administrator <noreply@kiaengineclasssettlement.com>
Wed 8/16/2023 2:45 PM
To:

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Click here to view this message in a browser window.

## NOTICE OF PROPOSED CLASS SETTLEMENT TO OWNERS AND LESSEES OF 2017-2020 KIA OPTIMA HYBRID (PHEV) VEHICLES

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

A Settlement has been reached in a class action lawsuit known as *In re: Hyundai and Kia Engine Litigation II*, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.). The lawsuit alleges that the Class Vehicles have a defect related to connecting rod bearing failure within the rotating assembly of the engine that can cause engine seizure, stalling, engine failure, and possibly engine fire, and that some owners and lessees have been improperly denied repairs under the vehicle's warranty. Kia has not been found liable for any of the claims alleged in the lawsuit. The Parties have instead reached a voluntary Settlement in order to avoid a lengthy litigation.

You are receiving this notice because Kia's records indicate that you may be entitled to claim certain financial benefits offered by this Settlement as an owner or lessee of a 2017-2020 Kia Optima Hybrid (PHEV) vehicle. To check whether your vehicle might be a Class Vehicle, you can visit KiaEngineClassSettlement.com or call 1-800-944-1025. Whether you visit the website or call the toll-free number, you will need to have your Vehicle Identification Number ("VIN") ready.

**Due to an administrative error, you did not receive notice of this lawsuit by June 7, 2023, as originally intended.** To remedy this error, the Court has allowed Kia to extend certain deadlines for you. **Where the deadlines at the bottom of this cover notice differ from those in the full Notice for the Settlement, Claim Form, or the Settlement Agreement, the deadlines in this cover notice control for you.** If you have any questions regarding the extended deadlines, please call 1-800-944-1025 or email the Settlement Administrator at info@KiaEngineClassSettlement.com.

**What Are the Settlement Terms?** Under the proposed Settlement, and subject to proof, Kia will provide financial and other benefits for certain engine-related repairs and/or engine failures or engine fires. The Settlement extends the Powertrain Limited Warranty to 15 years or 150,000 odometer miles from the date of the vehicle's original retail delivery, whichever comes first, for damage to the engine short block and long block assembly caused by connecting rod bearing failure within the rotating assembly of the engine. **To obtain Extended Warranty benefits, you generally need to first complete the free Knock**

Sensor Detection System ("KSDS") update at a Kia dealership before experiencing a covered engine-related failure (explained further in the full Notice). To confirm whether your vehicle has received the KSDS update or for assistance scheduling an appointment, please have your VIN ready and contact your nearest Kia dealer or Kia's Customer Care Center via https://ksupport.kiausa.com/ConsumerAffairs or by phone at 1-800-333-4542. For 90 days following final approval, the Settlement also provides a free campaign or recall inspection for any Class Vehicles not yet inspected under at least one of the KSDS update campaigns or recalls, if still within the 15-year or 150,000-mile period. It also provides cash reimbursements for qualifying past out-of-pocket repairs and repair-related expenses; reimbursement of transportation, lodging, and meal expenses in certain circumstances relating to a qualifying engine failure or engine fire; compensation for inconvenience due to repair delays while the vehicle was serviced by Kia dealers; and compensation for certain vehicles sold, traded in, or lost due to certain engine failure or fires. **In order to qualify for certain of the above Non-Extended Warranty benefits, you must first complete the KSDS update at a Kia dealership by February 2, 2024** (explained further in the full Notice).

**Your Legal Rights and Options in this Settlement:**

Submit a Claim Form: The only way to get a reimbursement or compensation. However, it is not necessary to submit a claim form to benefit only from the 15-Year/150,000-Mile Extended Warranty, **subject to first installing the KSDS update**, if applicable. For certain Non-Extended Warranty benefits, you must first complete the KSDS update **by February 2, 2024**. The deadline to submit a claim for most benefits is **December 7, 2023**. Any extension of this date will be posted on the Settlement website.

Exclude Yourself: Get no payment or other settlement benefits. This is the only option that allows you to ever file or be part of any pending or future lawsuit against Kia about the legal claims in this case. The deadline to submit a request for exclusion is **October 5, 2023**.

Object: To object to the Settlement, you must remain a member of the lawsuit—you cannot ask to be excluded. You may object to the Settlement by writing to Class Counsel and indicating why you do not like the Settlement. The deadline to object is **October 5, 2023**.

Go to a Hearing: Ask to speak in Court about the fairness of the Settlement. The deadline to inform Class Counsel of your intent to appear at the hearing currently set for **September 8, 2023**, to challenge the fairness of the Settlement is **September 5, 2023**.

Do Nothing: Get no reimbursement or compensation. However, you will receive the 15-Year/150,000-Mile Extended Warranty, subject to first installing the KSDS update, if applicable.

**EXTENDED DEADLINES FOR OWNERS OR LESSEES OF
2017-2020 KIA OPTIMA HYBRID (PHEV) VEHICLES ONLY**

*All other terms of the Settlement and requirements for submitting a claim and receiving a reimbursement or compensation are unchanged.*

**Settlement Benefits:**

- For claims that must be submitted by December 7, 2023, where the notice specifies that the date of the Qualifying Repair must have been performed on or before June 7, 2023, the Qualifying Repairs can instead have been performed on or before **September 5, 2023**. For Qualifying Repairs occurring after **September 5, 2023** (instead of June 7, 2023), claims must be submitted within 90 days of when the Qualifying Repair occurred. This affects the following benefits:
    - Repair Reimbursements (including the goodwill payment for previously denied warranty repairs)
    - Repair-Related Transportation and Towing Reimbursements
    - Inconvenience Due to Repair Delays
- For claims that must be submitted by December 7, 2023, where the notice specifies that the date of the Qualifying Failure or Qualifying Fire must have occurred on or before June 7, 2023, Qualifying Failures or Qualifying Fires can instead have occurred on or before **September 5, 2023**. For Qualifying Failures or Qualifying Fires occurring after **September 5, 2023** (instead of June 7, 2023), claims must be submitted within 90 days of when the Qualifying Failure or Qualifying Fire occurred. This affects the following benefits:
    - Incidentals for Qualifying Failure or Qualifying Fire
    - Loss of Value for Certain Sold or Traded-In Vehicles
    - Loss of Vehicle by Qualifying Fire
    - Qualifying Failure or Qualifying Fire (Loss of Faith) Rebate
- For the Loss of Value for Certain Sold or Traded-In Vehicles benefit, the vehicle must have been sold or traded in before **September 5, 2023**, not June 7, 2023.
- For the Qualifying Failure or Qualifying Fire (Loss of Faith) Rebate benefit, the vehicle must have been sold or traded in after **September 5, 2023**, not June 7, 2023, and the replacement vehicle purchased after **September 5, 2023**, not June 7, 2023.

**Other:**

- You should notify Class Counsel of any intention to appear at the Final Fairness hearing by **September 5, 2023**, instead of August 7, 2023.
- The deadline to opt out and/or object is **October 5, 2023**, instead of August 7, 2023.
- The deadline to install KSDS to qualify for certain benefits is **February 2, 2024**, not November 4, 2023.

For more information, call 1-800-944-1025; visit the Settlement website, KiaEngineClassSettlement.com, where you can access the full Notice, Claim Form, and Settlement Agreement; or email the Settlement Administrator at info@KiaEngineClassSettlement.com.

Copyright © 2023 Kia Engine Class Settlement Administrator
Our address is P.O. Box 4133, Portland, Oregon 97208-4133, United States

If you do not wish to receive future email, click here.
(You can also send your request to **Customer Care** at the street address above.)