QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Homin Ban (Bar No. 348320)
  hominban@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100
  Cristina Henriquez (Bar No. 317445)
  cristinahenriquez@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801 5100

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| *In re: Hyundai and Kia Engine Litigation II* | CASE No. 8:18-cv-02223-JLS-JDE |
|---|---|
| | **STATUS UPDATE REGARDING NOTICE TO CERTAIN CLASS MEMBERS** |
| | The Hon. Josephine L. Staton |

Defendants Kia America, Inc. and Kia Corporation (collectively, "Kia") submit this notice to provide an update to the Court regarding defendants' proposal regarding inadvertent omission of certain class members from class settlement.  Dkt. 149.

On October 12, 2023, defendants notified the Court that a system error meant certain Kia owners and lessees have not yet received notice of the class settlement.  Dkt. 149.  In the notice, defendants proposed disseminating a notice package on November 6, 2023, with a cover sheet to accompany the long-form notices explaining that certain deadlines have been extended as a consequence.  Dkt. 149-1.

On November 3, 2023, the Court approved defendants' proposal and cover sheet.  Dkt. 154.  However, due to the timing of the approval, Kia's settlement administrators were not able to disseminate the notice package on November 6, and instead will now send out the notices on **November 22, 2023**, 16 days later than defendants originally proposed.  As the deadlines in the previously submitted cover sheet assumed a November 6 notice date, all the adjusted deadlines have been pushed out by 16 days.  The deadlines to opt out and/or object and request to appear have been pushed out an additional two days so that the deadlines would not fall on a holiday.  The revised cover sheet is attached as **Exhibit A**.

As detailed in the revised cover sheet, for these affected class members only:

- Where the notice specifies that the date of the Qualifying Repair must have been performed on or before June 7, 2023, for claims that must be submitted by December 7, 2023, the Qualifying Repairs can instead have been performed on or before **November 22, 2023**, and affected class members have until **February 19, 2024** (instead of December 7, 2023) to submit such claims.  For Qualifying Repairs occurring after **November 22, 2023** (instead of June 7, 2023), claims must be submitted within 90 days of when the Qualifying Repair occurred.  This affects the following benefits:

- o Repair Reimbursements (including the goodwill payment for previously denied warranty repairs)
- o Repair-Related Transportation and Towing Reimbursements
- o Inconvenience Due to Repair Delays

• Where the notice specifies that the date of the Qualifying Failure or Qualifying Fire must have occurred on or before June 7, 2023, for claims that must be submitted by December 7, 2023, Qualifying Failures or Qualifying Fires can instead have occurred on or before **November 22, 2023**, and affected class members have until **February 19, 2024** (instead of December 7, 2023) to submit such claims. For Qualifying Failures or Qualifying Fires occurring after **November 22, 2023** (instead of June 7, 2023), claims must be submitted within 90 days of when the Qualifying Failure or Qualifying Fire occurred. This affects the following benefits:
  - o Incidentals for Qualifying Failure or Qualifying Fire
  - o Loss of Value for Certain Sold or Traded-In Vehicles
  - o Loss of Vehicle by Qualifying Fire
  - o Qualifying Failure or Qualifying Fire (Loss of Faith) Rebate

• For the Loss of Value for Certain Sold or Traded-In Vehicles benefit, the vehicle must have been sold or traded in before **November 22, 2023**, not June 7, 2023.

• For the Qualifying Failure or Qualifying Fire (Loss of Faith) Rebate benefit, the vehicle must have been sold or traded in after **November 22, 2023**, not June 7, 2023, and the replacement vehicle purchased after **November 22, 2023**, not June 7, 2023.

• The deadline to opt out and/or object is **December 26, 2023**, instead of August 7, 2023.

• The deadline to install KSDS to qualify for certain benefits is **April 20,**

**2024**, instead of November 4, 2024.

To account for the new deadlines to opt out and object, defendants propose submitting a status report to the Court by **January 8, 2023**, instead of December 22, 2023, updating the Court of any such opt outs and objections and addressing these potential objections.

DATED: November 16, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ Shon Morgan
Shon Morgan
*Attorney for Hyundai Motor Company, Hyundai Motor America, Kia America, Inc., and Kia Corporation*