1  Steve W. Berman (*pro hac vice*)
2  steve@hbsslaw.com
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1301 Second Avenue, Suite 2000
4  Seattle, WA 98101
   Telephone: (206) 623-7292
5  Facsimile: (206) 623-0594

6
   Matthew D. Schelkopf (*pro hac vice*)
7  mds@sauderschelkopf.com
   SAUDER SCHELKOPF LLC
8  1109 Lancaster Avenue
9  Berwyn, PA 19312
   Telephone: (610) 200-0581
10 Facsimile: ( 610) 421-1326

11
12 *Co-Lead Counsel*

13 [*Additional counsel listed on signature page*]

14
15 **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No. 8:18-cv-02223-JLS-JDE<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DECLARATION OF BONNER C. WALSH IN SUPPORT OF PLAINTIFFS' SECOND SUPPLEMENTAL BRIEF REGARDING OBJECTIONS AND SUMMARY OF SETTLEMENT ADMINISTRATION** |

1    Under Local Rule 79-5.2.2(a), Plaintiffs file this Application for leave to file under seal portions of the Declaration of Bonner C. Walsh in Support of Plaintiffs' Second Supplemental Brief Regarding Objections and Summary of Settlement Administration to avoid educating potential fraudsters on how better to evade detection in submitting fraudulent settlement claims. Specifically, Plaintiffs seek to file under seal the entire section entitled "Potentially Fraudulent Claims" and all content in Exhibits A and C to the Declaration.

In accordance with Local Rule 79-5.2.2(a), Plaintiffs' Counsel conferred with Defendants' counsel about this Application on January 17, 2024, and Defendants do not oppose filing said portions of the Declaration under seal.

In support of this Application, Plaintiffs submit the Declaration of Bonner C. Walsh, which establishes good cause as to why the material should be sealed and attests that there is no known opposition to such sealing.

### Relief Requested

Plaintiffs respectfully request that the Court grant their Application for leave to file under seal the above-mentioned portions of the document.

DATED: January 17, 2024                Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
1301 Second Avenue, Suite 2000
HAGENS BERMAN SOBOL SHAPIRO LLP
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

APPL. FOR LEAVE TO FILE UNDER SEAL
Case No. 8:18-cv-02223-JLS-JDE

Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile:  (610) 421-1326
mds@sauderschelkopf.com
jbk@sauderschelkopf.com

*Co-Lead Counsel*

Gretchen Freeman Cappio (*pro hac vice*)
Ryan McDevitt (*pro hac vice*)
Adele Daniel
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
adaniel@kellerrohrback.com

*Settlement Counsel*

Bonner C. Walsh (*pro hac vice*)
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile:  (866) 503-8206
bonner@walshpllc.com

Adam Gonnelli (*pro hac vice*)
LAW OFFICE OF ADAM R. GONNELLI, L.L.C.
707 Alexander Road
Bldg. 2, Suite 208
Princeton, NJ, 08540
Telephone: (917) 541-7110
Facsimile:  (315) 446-7521
adam@arglawoffice.com

Rachel E. Fitzpatrick (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W. Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile:  (602) 840-3012
rachelf@hbsslaw.com

*Attorneys for Plaintiffs*