# EXHIBIT B

# Gretchen Freeman Cappio

| | |
|---|---|
| **From:** | NESSA MOORE <romonamoe@gmail.com> |
| **Sent:** | Friday, October 13, 2023 1:26 PM |
| **To:** | mds@sstriallawyers.com; steve@hbsslaw.com; Gretchen Freeman Cappio |
| **Subject:** | Hyundai and Kia Engine Letigation |
| **Attachments:** | kia consumeraffairs.docx |



Objections to Settlement.  If not to late. Damage has been done in terms of trusting the automobile industry.

Vanessa Moore Moreland

1

As an automobile consumer, I expected some level of protection from automobile companies that sell vehicles that contained design and/or manufacturing flaws.

I have purchased (3) KIA Motor Corporation vehicles, the first 2-cars were Kia's Serento and Optima. Both were excellent vehicles but the 3rd and probably my last purchase from Kia was a 2016 Kia Soul. The Kia Soul has been very much a disappointment on multiple levels.  The auto was purchased in 2015, before the covid crisis.   I understand that this period was a challenging period for all businesses but we have since recovered and have moved past it to a certain extent.  It is my belief that Kia after identifying that specific autos in their product lineup contain design and/or manufacturing flaws they need to rectify the reported issues to keep their clients happy.

I've encountered several issues with the Kia Soul where the service engine light comes on there is engine vibration.  So as a responsible automobile owner, I scheduled service with my local Kia dealer for the problem to be diagnosed.  Upon waiting for the date of my service appointment the engine light goes out prior to the scheduled appointment and am told that they cannot diagnose the problem because the service engine light is no longer lit.  Even though they tell me that my engine contains a very low level of engine oil which translates that my engine is burning oil, they do not look into why my car is now burning oil.  How could they expect that a Kia auto owner would accept the answer of we cannot diagnose your auto because the service engine lit is no longer lit but we know your engine is burning oil but we're not going to look any further into why its burning oil.

These are the facts…

My automobile has had multiple recalls that make my auto unsafe to drive and none of the KIA dealerships are willing to make the required repairs dues to the lack of service resources at their locations.  (Post COVID)

I have made 6+ service appointments in a 2-3 months period waiting patiently towards getting my auto serviced but I keep getting told that they don't have the resources to service my auto.  It has been reported that one of the recalls on my auto could lead to my engine blowing up while driving the vehicle.

My Oil light continuously comes on and goes out and my engine is still burning oil leaving me in a position where I have to put oil into my auto every other week.  Kia Service also told me that my problem could stemmed from my catalytic converter but they cannot verify anything until I can bring my auto in with a lit service engine light.  I'm not a automotive repair expert nor machinic but I find this hard to believe.

This will be my last purchase of a Kia if they do not resolve my auto issues.