1

2
Steve W. Berman (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
3
1301 Second Avenue, Suite 2000
4
Seattle, WA 98101
Telephone: (206) 623-7292
5
Facsimile:  (206) 623-0594

6
Matthew D. Schelkopf (*pro hac vice*)
7
*mds@sauderschelkopf.com*
SAUDER SCHELKOPF LLC
8
1109 Lancaster Avenue
9
Berwyn, PA 19312
Telephone: (610) 200-0581
10
Facsimile: (610) 421-1326

11

12
*Co-Lead Counsel*

13
[*Additional counsel listed on signature page*]

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re: Hyundai and Kia Engine Litigation II* | Case No. 8:18-cv-02223-JLS-JDE <br><br> **PLAINTIFFS' SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR CLASS COUNSEL FEE AND EXPENSE AWARD AND CLASS REPRESENTATIVE SERVICE AWARDS** |

1         Plaintiffs submit this second supplement of Plaintiffs' Counsel's time and

2 expenses incurred in further support of their Motion for Class Counsel Fee and Expense

3 Award and Class Representative Service Awards. *See* Dkts. 106, 130. The time and

4 expenses are outlined in the accompanying supplemental Declarations of Steve W.

5 Berman, Matthew D. Schelkopf, Gretchen Freeman Cappio, Bonner C. Walsh, Adam

6 Gonnelli, H. Clay Barnett, III, and Jonathan D. Boggs. Class Counsel will submit the

7 supplemental detailed time records in Excel format to the Court concurrently with this

8 filing.

9         From August 24, 2023, to January 4, 2024, Plaintiffs' Counsel spent 1,027.3

10 hours working on this case, for an additional lodestar of $675,586.50. When combined

11 with the previously submitted amounts, this increases the overall lodestar to

12 $6,411,204.50. For this period, Plaintiffs' Counsel also incurred $30,688.39 in costs,

13 increasing the total costs to $318,926.97. Compared with Plaintiffs' $8,900,000 fee

14 request, this reflects a current lodestar multiplier of 1.39.

15

16 DATED: January 17, 2024        Respectfully submitted,

17

18                              */s/ Steve W. Berman*

                             Steve W. Berman (*pro hac vice*)

19                              1301 Second Avenue, Suite 2000

                             HAGENS BERMAN SOBOL SHAPIRO LLP

20                              Seattle, WA 98101

21                              Telephone: (206) 623-7292

                             Facsimile:  (206) 623-0594

22                              steve@hbsslaw.com

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
Facsimile:  (610) 421-1326
mds@sauderschelkopf.com
jbk@sauderschelkopf.com

*Co-Lead Counsel*

Gretchen Freeman Cappio (*pro hac vice*)
Ryan McDevitt (*pro hac vice*)
Adele Daniel
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile:  (206) 623-3384
gcappio@kellerrohrback.com
rmcdevitt@kellerrohrback.com
adaniel@kellerrohrback.com

*Settlement Counsel*

Bonner C. Walsh (*pro hac vice*)
WALSH PLLC
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile:  (866) 503-8206
bonner@walshpllc.com

---

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adam Gonnelli (*pro hac vice*)
LAW OFFICE OF ADAM R. GONNELLI, L.L.C.
707 Alexander Road
Bldg. 2, Suite 208
Princeton, NJ, 08540
Telephone: (917) 541-7110
Facsimile:  (315) 446-7521
adam@arglawoffice.com

Rachel E. Fitzpatrick (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W. Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile:  (602) 840-3012
rachelf@hbsslaw.com

*Attorneys for Plaintiffs*