FILED
CLERK, U.S. DISTRICT COURT
07/01/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: cr DEPUTY

6-20-24

Judge Staton,

This is a plea for help! My name is Laura Chester and I'm a Class member with the Kia Engine Litigation II, No. 8:18-cv-02223-JLS-JDE (C.D. Cal.) My vehicle qualify'd for the proposed settlement. I'm in no way trying to be rude right now... But I don't know if your a mister Staton or a Miss or Mrs Staton, So I'll go by just Judge. Judge I've been involved with this as soon as I recieved the proposed Notice, I was so happy to see something was going to be done & I was certain I would soon be reimburst I will try not to make this a long letter, But I can't seem to find anybody that's willing to help me find out why my subbmission (my 3rd) went to Arbitration, Nobody knows of a phone N° or an Address to where I can check on my status, Judge I've went above & beyond Doing my best with lack of knowledge in These matter's, with my Subbmission's I've sent in, I put together it took me 2 weeks I wanted them to be very clear on my case I even high lighted Sent in all the proof they ask for

6-20-24

Concerning The engine Fires & Engine Failure, Every Thing was in on a timely manner... I'm reading right here it say's Other Than a request To review The court's File's (Which I would love To have!) at The Clerk of The Courts Office, Please Do not contact The Clerk of The court Or the Judge with question's
What is one suppose To do when no one seem's to give one I oda what happen's To me & my kia I only had For 3 month's 84,000 miles 2015 paid cash 13,000 $ And had to Trade it because of Engine Failure Because I could not afford The repair! Which was under a recall in The 1st place
Then I said It
To me this is so simple To Justify
I'm reaching out To you for help Because I know They will listen To you Judge Staton

I don't do tech or E.mail or computers
please don't take This home with you but I'll Be waiting To hear from you in a Timely manner
(little humor)...

6-20-24

My submission's were 30-40 page's of all the proof I could muster for a paper trail of only 3 month's
I worked very hard on that & To me again was clearly To see I was wronged very wronged
I'd like to get full reimbursement I feel is well over due
One more thing please, The car I have now i's outside Broke down at A church last night while in line for food A lady was kind & let me use her Triple A & got it towed home I'm 60 yrs old & have plaque around my heart I'm not to get stressed & been put on med's
I need to get to my Doctor appt's & ect.   Judge
   Thank you so very very much for your time

Ms. Laura K. Chester
2530 State Rd Apt 4
Cuyahoga Fls, OH 44223-1659

My Phone N°
330-524-1284

Be Well &
   God Bless

Laura Chester

I have copy of This letter

Thank you!

